KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

SARAH E. MACIEL (SBN 333410)
sarah.maciel@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Velodyne Lidar, Inc.,*
*Anand Gopalan, Andrew Hamer, James A. Graf*
*and Michael Dee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, and ANDREW HAMER,<br><br>Defendants. | Case No. 3:21-cv-01486-SI<br><br>**VELODYNE DEFENDANTS' RESPONSE TO: (1) MOTIONS TO CONSOLIDATE ACTIONS; AND (2) MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**<br><br><u>Hearing</u><br>Date:  June 11, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17 Floor<br>Before:  The Honorable Susan Illston |

RESPONSE TO MOTIONS TO
CONSOLIDATE AND APPOINTMENT OF
LEAD PLAINTIFF AND COUNSEL

CASE NO. 3:21-cv-01486-SI

| | |
|---|---|
| ROBERT REESE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN and ANDREW HAMER,<br><br>Defendants. | Case No. 3:21-cv-01736-VC |
| CAROL E. NICK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELODYNE LIDAR, INC. f/k/a GRAF INDUSTRIAL CORP., ANAND GOPALAN, and ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, OC OPPORTUNITIES FUND II, L.P., OWL CREEK ASSET MANAGEMENT, L.P., and GRAF ACQUISITION LLC,<br><br>Defendants | Case No. 4:21-cv-01950-JST |

Pursuant to Civil Local Rule 7-3(b), defendants Velodyne Lidar, Inc. ("Velodyne" or the "Company"), Anand Gopalan, Andrew Hamer, James A. Graf and Michael Dee (collectively, the "Velodyne Defendants") hereby submit this response to: (1) the motions to consolidate three substantially identical class actions; and (2) the competing motions to appoint lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B).  *See* Dkt. Nos. 16, 18, 30, 31, 36, 45, 46 (each filed May 3, 2021).

## I.     THE ACTIONS SHOULD BE CONSOLIDATED

The Velodyne Defendants agree that three putative class actions pending in this Court – *Moradpour v. Velodyne Lidar, Inc., et al.*, Case No. 3:21-cv-01486-SI (filed March 3, 2021), *Reese v. Velodyne Lidar, Inc., et al.*, Case No. 3:21-cv-01736-VC (filed March 12, 2021, and *Nick v. Velodyne Lidar, Inc., et al.*, 4:21-cv-01950-JST (filed March 19, 2021) – involve common questions of law and fact and should be consolidated pursuant to Fed. R. Civ. P. 42(a)(2).  These putative class actions all assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, based on common alleged misrepresentations and omissions against common defendants.[1]  They each seek to recover on behalf of overlapping classes composed of persons who purchased Velodyne securities.  Consolidating these actions (and any related actions that may be subsequently filed) is appropriate to promote the efficient use of judicial and private resources.

## II.     THE VELODYNE DEFENDANTS HAVE NO POSITION ON THE COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF OR COUNSEL

A number of alleged Velodyne shareholders have filed competing motions for appointment of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform.  In response to those motions, the Velodyne Defendants take no position as to which movant(s) should be appointed as lead plaintiff(s), or which attorneys should be appointed as lead counsel.

---

[1] Velodyne, Mr. Gopalan (the Company's Chief Executive Officer) and Mr. Hamer (its Chief Financial Officer) are defendants in all three actions.  Mr. Graf (a former director) and Mr. Dee (a current director) are only named in the *Nick* action.

RESPONSE TO MOTIONS TO CONSOLIDATE
AND APPOINTMENT OF LEAD PLAINTIFF
AND COUNSEL

1

CASE NO. 3:21-cv-01486-SI

Dated:  May 17, 2021

WILMER CUTLER PICKERING HALE AND
  DORR LLP

By:    /s/ Kevin P. Muck
             Kevin P. Muck

*Attorneys for Defendants Velodyne Lidar, Inc.,
Anand Gopalan, Andrew Hamer, James A. Graf
and Michael Dee*