Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel*
*for Movant, Diane Smith & William P. Smith*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VELODYNE LIDAR, INC., ANAND GOPALAN, and ANDREW HAMER, <br><br> Defendants. | Case No. 3:21-CV-01486-SI <br><br> **DIANE AND WILLIAM P. SMITH'S NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> Judge:  Hon. Susan Illston <br> Date:  June 11, 2021 <br> Time:  10:00 a.m. <br> Courtroom: 1 - 17th Floor |

NOTICE OF UNOPPOSED MOTION                                          CASE NO. 3:21-CV-01486-SI

ROBERT REESE, Individually and On Behalf of All Others Similarly Situated,

                        Plaintiff,

        v.

VELODYNE LIDAR, INC., ANAND GOPALAN, and ANDREW HAMER,

                     Defendants.

Case No. 3:21-CV-01736-VC

---

CAROL E. NICK, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

        v.

VELODYNE LIDAR, INC. f/k/a GRAF INDUSTRIAL CORP., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, FUND II, L.P., OWL CREEK ASSET MANAGEMENT, L.P., and GRAF ACQUISITION LLC,

                     Defendants.

Case No. 4:21-CV-1950-JST

NOTICE OF UNOPPOSED MOTION                                   CASE NO. 3:21-CV-01486-SI

On May 3, 2021, seven applicants filed motions seeking to be appointed as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). On May 17, 2021, Diane and William P. Smith filed an omnibus opposition in further support of their lead plaintiff motion. ECF 55. The six remaining movants, at various times, filed statements of non-opposition to the Smiths' lead plaintiff motion. *See* ECF 50, 51, 52, 54, 56, and 57. On May 17, 2021, Defendants filed a response that agreed that the above-captioned actions should be consolidated and that took no position on the selection of lead plaintiff. ECF 53. Accordingly, the Smiths' Motion to Consolidate Actions, Appoint Lead Plaintiff and Approve Their Selection of Lead Counsel [ECF 45] is unopposed. *See City of Royal Oak Ret. Sys. v. Juniper Networks, Inc.*, 2012 U.S. Dist. LEXIS 2776, at *2-4 (N.D. Cal. 2012); *Fleming v. Impax Labs. Inc*., 2017 U.S. Dist. LEXIS 22147, at *6-7 (N.D. Cal. 2017).

Dated: May 24, 2021

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:    *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
Alayne K. Gobeille
(to be admitted *pro hac vice*)
Morgan M. Embleton
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163

Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Proposed Lead Counsel and Counsel
for Movant, Diane Smith & William P. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ramzi Abadou*
RAMZI ABADOU

## Mailing Information for a Case 3:21-cv-01486-SI Moradpour v. Velodyne Lidar, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **William Zachary Brenc**
  william.brenc@wilmerhale.com,william-brenc-3258@ecf.pacerpro.com,barbara.palomo@wilmerhale.com,whdocketing@wilmerhale.com

- **Rachele R. Byrd**
  byrd@whafh.com,salas@whafh.com,loutsenhizer@whafh.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Sarah E. Maciel**
  Sarah.Maciel@wilmerhale.com

- **Kevin Peter Muck**
  Kevin.Muck@wilmerhale.com,whdocketing@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **Susan Samuels Muck**
  susan.muck@wilmerhale.com,whdocketing@wilmerhale.com,susan-muck-3159@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Pavithra Rajesh**
  prajesh@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Brian Jared Schall**
  brian@schallfirm.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)