# EXHIBIT U



# Velodyne Lidar®

# Third Quarter 2020 Investor Presentation

November 5, 2020

*YOUR SAFETY DRIVES US*

# Safe Harbor

This presentation contains "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995, including but not limited to, statements regarding our financial outlook and market positioning, business strategy and plans, potential contract opportunities, planned products and services, growth opportunities, market demand and technological developments. These forward-looking statements are based on information available to us as of the date of this presentation and are based on our management's current views and assumptions. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate", "estimate", "expect", "project", "plan", "intend", "believe", "may", "will", "should", "can have", "likely" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

All forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we expected, including: the impact on our operations and financial condition from the effects of the current COVID-19 pandemic; the impact of the COVID-19 pandemic on our customers and suppliers; our ability to execute our business plan; the timing of revenue from existing customers, including uncertainties related to the ability of our customers to commercialize their products and the ultimate market acceptance of these products; uncertainties related to our estimates of the size of the markets for our products and future revenue opportunities; the rate and degree of market acceptance of our products; the success of other competing lidar and sensor-related products and services that exist or may become available; our ability to identify and integrate acquisitions; rising costs adversely affecting our profitability; uncertainties related to our current litigation and potential litigation involving us or our predecessors or the validity or enforceability of our intellectual property; our ability to partner with and rely on third party manufacturers; general economic and market conditions impacting demand for our products and services; and changes in applicable laws or regulations. We operate in a very competitive and rapidly changing environment and new risks may emerge from time to time. It is not possible for us to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results or outcomes to differ materially from those contained in any forward-looking statements. Additional information concerning risks, uncertainties and other factors that could cause results to differ materially from the expectations described in this presentation can be found in our filings with the U.S. Securities and Exchange Commission, including quarterly reports on Form 10-Q and current reports on Form 8-K. The forward-looking statements included in this presentation relate only to events as of the date hereof. We undertake no obligation to update or revise any forward-looking statement as a result of new information, future events or otherwise, except as otherwise required by law.

This presentation includes information concerning economic conditions, our industry, our markets and our competitive position that is based on a variety of sources, including information from independent industry analysts and publications, as well as our own estimates and research. Our estimates are derived from publicly available information released by third party sources, as well as data from its internal research, and are based on such data and our knowledge of our industry, which we believe to be reasonable. The independent industry publications used in this presentation were not prepared on our behalf. While we are not aware of any misstatements regarding any information in this presentation, forecasts, assumptions, expectations, beliefs, estimates and projections involve risk and uncertainties and are subject to change based on various factors.

In addition to our results determined in accordance with generally accepted accounting principles in the United States ("GAAP"), this presentation includes certain non-GAAP financial measures, including non-GAAP gross profit and non-GAAP operating loss, that we believe are useful in evaluating our operating performance. Certain of these non-GAAP measures exclude stock-based compensation, gain from asset sales, one-time IPO-related costs, amortization of acquisition-related intangibles assets, and discrete tax items. The effect of these excluded items may be significant. We believe that non-GAAP financial information, when taken collectively, may be helpful to investors because it provides consistency and comparability with past financial performance and assists in comparisons with other companies, some of which use similar non-GAAP information to supplement their GAAP results. The non-GAAP financial information is presented for supplemental informational purposes only. There are limitations related to the use of non-GAAP financial information and such information should not be considered a substitute for financial information presented in accordance with GAAP. For example, our non-GAAP financial information may be different from similarly-titled non-GAAP measures used by other companies. Reconciliation tables of the most comparable GAAP financial measures to the non-GAAP financial measures can be found at the end of this presentation.

The financial results contained herein as of September 30, 2020 and for the three months ended September 30, 2020 and September 30, 2019 are unaudited. These numbers are derived from our unaudited interim consolidated financial statements. The unaudited interim consolidated financial statements have been prepared on the same basis as the audited consolidated financial statements and, in the opinion of management, reflect all adjustments, consisting only of normal recurring adjustments, that are necessary for the fair presentation of our unaudited interim consolidated financial statements. Our historical results are not necessarily indicative of the results that may be expected in the future, and our interim results are not necessarily indicative of the results that may be expected for the full fiscal year.



# Investment Highlights

| | |
|---|---|
| **Market Leader** | • First mover with highest market share[1]<br>• 300+ customers across auto and non-auto markets[2]<br>• ~47,500 units shipped to date[3]<br>• $650M+ cumulative revenue[3] |
| **Trends** | • Our auto and trucking customers are adopting lidar in commercial ADAS systems to improve safety<br>• Rollout of contactless last-mile delivery solutions accelerating due to COVID-19 pandemic<br>• Multiple non-automotive industries starting to use lidar, driven by lower ASPs |
| **Competitive Moats** | • Entrenched customer relationships with high switching costs<br>• Multiple production agreements across many automotive, delivery and security customers<br>• Extensive patent portfolio with demonstrated defensibility<br>• Broad product portfolio in rotational and solid state lidar, not relying on just one product or technology<br>• Proven low-cost manufacturing at scale, including automotive grade |
| **Visible Profitable Growth** | • Tracking 175 potential projects across 25+ industries, representing a 34% increase over 131 projects at the end of 2019<br>• Increased number of multi-year agreements by 6, for a total of 24<br>• Velodyne maintains 2020 revenue guidance of ~$101M<br>• Full year Non-GAAP gross margin forecasted to be 30% to 33%[4]<br>• Full year EBITDA loss forecasted to be $56M to $59M[5] |
| **Upside Potential** | • Steepened customer demand across different applications across multiple industries<br>• Continuing to build the broadest product portfolio to meet the needs of a diverse range of industries<br>• Significantly expanding customer pipeline demonstrates inflection point in market |

[1] Based on management estimate
[2] Represents the number of unique customers including distributors that purchased smart vision solutions from us in 2017, 2018 and 2019.
[3] As of September 30, 2020
[4] Full year GAAP gross margin, including around $7.5M of stock-based comp, forecasted to be around 22.6% to 25.6%
[5] Full year Non-GAAP operating loss of $64M to $67M , less depreciation expense of $8M = $56M to $59M EBITDA loss

**Velodyne Lidar**®

VELODYNELIDAR.COM    |    3

# Business Updates

**BUSINESS UPDATES**

- Completed business combination with Graf Industrial Corp., creating a fully-capitalized Velodyne Business

- Listed on Nasdaq under the symbol VLDR as of September 30, 2020[1]

- Despite COVID-19 impact, Velodyne maintains 2020 revenue guidance

- Total number of multi-year agreements and projects in pipeline increased to 24 and 175, respectively

- Successfully defended patents with Hesai and RoboSense by entering into recurring global licensing payment agreements

- Ramped up commercial production in Thailand

- Won *Hardware Supplier of the Year* **TU-Automotive AWARDS**

- Announced 3-year sales agreement with Baidu

- Published Pedestrian Automated Emergency Braking White Paper

- Hosted World Safety Summit on Autonomous Technology

[1] Velodyne is traded under the symbol VLDR (common stock) and VLDRW (warrants) as of September 30, 2020



# Strong And Experienced Leadership Team



**David Hall**
*Founder & Executive Chairman of the Board*



**Anand Gopalan**
*Chief Executive Officer*



**Drew Hamer**
*Chief Financial Officer*



**Marta Thoma Hall**
*Chief Marketing Officer*



**Mike Jellen**
*Chief Commercial Officer*





**Rick Tewell**
*Chief Operations Officer*








**Sally Frykman**
*Chief Communications Officer*





**Matt Rekow**
*Chief Technology Officer*







# Addressing Safety Needs in Moving People & Goods

## DELIVERY | MOVING GOODS

Includes touchless delivery, B2B transport, railways, and robotic delivery





## AUTOMOTIVE | MOVING PEOPLE

Includes ADAS, levels 1-5 AV, and robotaxis



## SMART CITY & SECURITY

Includes intelligent intersections, advanced people monitoring, parking & traffic management, and drones







# We Are the First Mover and Trusted Market Leader

## 2005
Invented Real-Time 3D Lidar



## 2007
Began World's First Commercial Production of Real-Time 3D Lidar



## TODAY
Leading Lidar Technology



## HIGHLIGHTS

- Dominated the market for 13 years
- Broad product portfolio
- Cumulative sales of over $650 million[1]
- 300+ customers, including major OEMs and leading Tech companies
- Global sales and mass scale manufacturing
- 25+ market segments outside automotive

[1] *As of September 30, 2020.*



# Velodyne is *the* Leading Lidar Provider

**~$101M**
2020 Projected Revenue

**24**[1]
Signed / Awarded Multi-Year Agreements

**300+**[2]
Customers

**55+**[3]
Granted / Pending Patents

**47,500+**[3]
Units Shipped

David Hall invented smart vision technology

Strategic investment from Ford and Baidu

Opened advanced manufacturing facility in San Jose

Strategic investment from Nikon

Production partnership with Veoneer

Manufacturing agreement with Nikon

Acquired Mapper.ai

Strategic investment from Hyundai Mobis

**HDL-64E**
**First** real-time, 3D-lidar

**HDL-32E**
**Launched** compact, multi-channel array

**Puck**
**Launched** less than 1kg lidar

**Ultra Puck**
**Launched** first 200m lidar

**Velarray**
**Launched** lidar for consumer ADAS

**Alpha Prime**
**Launched** 300 meter, high resolution lidar

**Veladome**
**Launched** near-object detection lidar

**Velabit**
**Launched** lidar for price-sensitive applications

**2005 - 2016**   **2017**   **2018**   **2019**   **2020**

[1]*Contracts represent agreed upon terms and conditions but do not include firm commitment purchase orders. Actual sales may differ materially from projected volume.*
[2]*Represents the number of unique customers including distributors that purchased smart vision solutions from us in 2017, 2018 and 2019.*
[3]*As of September 30, 2020.*



# Velodyne Lidar Product Roadmap



**Tireless Innovation to Bring New Technologies and Products**

Broad Product Portfolio

Announced Future Products

HDL-64E · HDL-32E · VLP-16 Puck™ Series · VLP-32 Ultra Puck™ Series · VLS-128 Alpha Prime™ · Velarray™ · Velabit™ · VelaDome™ · Vella™

**Architectures** — Surround View Hybrid Solid State | Directional Solid State | Hemispherical | Software

**Key Technologies** — Embedded Signal Processing Software | Proprietary Calibration and Manufacturing | Micro-Lidar Array Technology | Custom ASICs | IP Portfolio

**FULL RANGE OF FORM FACTORS | SUPERIOR PERCEPTION | LOW POWER CONSUMPTION | DURABILITY**

**Sensors Are Ruggedized and Leverage Tightly Integrated Hardware and Software Solutions**

# Past Investments Drive Gross Margin Expansion at Scale

## TECHNOLOGY MINIATURIZATION

**Micro-lidar arrays and custom ASICs enable mass production at lower unit cost**

 

## PROPRIETARY MANUFACTURING IP

**Fully automated wafer-scale lidar manufacturing processes**



## MANUFACTURING PARTNERSHIPS

**Partnerships add capacity and opportunity for higher margins**



**Nikon**            **veoneer**            **fabri**net

*(TSE: 7731)*        *(NYSE: VNE)*          *(NYSE: FN)*

## OVERSEAS PRODUCTION

**Established low cost production in Thailand**

**VLP-16**                    **Velarray**

          

*Completed Transition*        *Transitioning Q4'20*

Velodyne Lidar®

# Highly Diversified Projects Across Industries

*(Chart represents sensor units )*

**175** Projects Could Potentially Yield a Total of **~9M** Units Shipped by 2025

| NUMBER OF PROJECTS | |
|---|---|
| Advanced Driver Assistance Systems (ADAS) | **70** |
| Autonomous Vehicles (AV) | **26** |
| Delivery | **12** |
| Mapping | **10** |
| Robotics & Industrial | **49** |
| Smart City | **8** |
| **TOTAL** | **175** |

*(Stages of projects shown in the above table vary from signed / awarded phase to pre-RFI phase)*

Smart City
Robotics & Industrial
Mapping

Delivery

AV

ADAS

2020    2021    2022    2023    2024    2025

*Note: The chart above reflects a visual representation of how Velodyne believes the market is developing based on multi-year commercial demands that Velodyne currently sees from customers and is not indicative of projected revenue or unit shipment. Signed and awarded agreements represent agreed terms and conditions of supply, but do not reflect firm orders unless and until purchase orders are received. To date, shipments under and revenue from these signed agreements have not been material. Based on data as of September 30, 2020.*



# Barriers to Entry: Robust Durability of Installed Customer Base

## Why We Have a Sticky Customer Base

**Our Commitment in Platform Development Drives Customer Loyalty**

A. **Technology differentiation**

B. **Lengthy and rigorous validation process**

C. **Long-term contracted volume arrangements**

D. **High switching costs**

**CONTRACT JOURNEY**

**We Entrench Ourselves Into the Customer Ecosystem**

Discovery — 1-6 months

System Specification — 3-6 months

Initial Testing — Up to 12 months

Software Development & Validation

Hardware System Validation — Up to 12 months

Production (Recurring)

Request for Information (RFI)

Request for Quotation (RFQ)

Production Contract



# Demand Curve Reflects a Growing Market Opportunity

*Velodyne is currently in the process of negotiating RFIs, RFQs, and long-term contracts with many customers. The below pipeline only reflects identified projects as of September 30, 2020.*

## SIGNED & AWARDED PROGRESSION

*Chart represents sensor units*

JANUARY 2019 **1** → JANUARY 2020 **3** → OCTOBER 2020 **24**

**175 PROJECTS IN FUNNEL**

| NUMBER OF CURRENT CONTRACTS / PIPELINE | |
|---|---|
| Signed / Awarded | 24 |
| Additional Pipeline | 151 |
| **TOTAL** | **175** |



Note: The chart above reflects a visual representation of how we believe the market is developing based on multi-year commercial demands that we currently see from customers and is not indicative of projected revenue or unit shipment. Signed and awarded contracts represent agreed terms and conditions of supply, but do not reflect firm orders unless and until purchase orders are received. To date, shipments under and revenue from these signed contracts have not been material. Based on data as of September 30, 2020.

Additional Pipeline includes RFQ, RFI, and Pre-RFI projects. Pre-RFI projects are defined as i) a particular sensor and/or sensor set for a project has been identified, ii) the goal for a particular project has been identified, iii) pricing and the future ASP have been discussed, iv) an approximate volume growth over the next 2-5 years has been discussed and identified and v) multiple meetings have taken place regarding the project with several technical discussion. There can be no assurance that any pre-RFI projects will result in significant future unit sales within any specific time frame, if at all.



# Velodyne's Competitive Moats



**1** High switching cost as customers spend years and millions of dollars developing and validating solutions around Velodyne's technology, including system design and software development

**2** Automated manufacturing techniques, deployed at high-quality manufacturing partners, drive down costs and expand our TAM at high margins and scale

**3** Technology, products and manufacturing methods protected by comprehensive global patent portfolio

**4** One-stop source for all machine vision needs across broad end-market applications

**5** Public currency and well-capitalized balance sheet enable us to drive selective industry consolidation and further differentiate us from competitors

# How Our Agreements Typically Work

| PRE-RFI | RFI | RFQ | CONTRACT |
|---|---|---|---|

| Discovery | System Specification | Initial Testing | Software Development and Validation / Hardware System Validation | Production (Recurring) |
|---|---|---|---|---|
| 1-6 months | 3-6 months | Up to 12 months | Up to 12 months | |

| Contract Awarded / Signed | Purchase Order for Year 1 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|

- Customers typically buy products on a spot basis for several years during pre-contract process
- Customers forecast purchase volume for each contract year, with contracted ASPs for indicated volume
- Contracted ASPs drop as volumes increase
- Binding purchase order for Year 1 confirmed upon signing contract
- Non-recurring engineering (NRE) revenues may be generated in Year 1 of contracts
- Purchase orders for subsequent years typically to be confirmed by September, providing solid visibility on production volume and revenues more than a year forward
- Velodyne can typically renegotiate pricing upward, at its discretion, if projected volume for any year drops more than 20% below forecast



# Summary of Market Position

## Our Low Cost Production Drives ASP Reduction and TAM Expansion Across Industries and Product Portfolio

**1 Scale**

**~47.5K Units**
Shipped
Since Inception

**~12K Units**
Projected to
Ship in 2020E

**2 Commercialization**

**24** Agreements

**$100M+**
2020E Revenue

**3 Pipeline / Model Build**

- Bottom-up approach
- 175 active opportunities across end markets
- **~9M unit opportunity** derived from real-time insights

**4 Portfolio**

**Unmatched Breadth of Portfolio for All Applications**

      

**5 Performance / Readiness**

- Velarray product line is automotive grade
- Mature and proven technologies in production today
- Optimal combination of price and performance
- Range of products applicable to diversified end-markets and performance requirements

**6 Scalability**

- Multi-sourced supply chain and outsourced production
- Design-for-manufacturing process and know-how developed over a decade of manufacturing experience
- Very low cost silicon receivers and 905nm laser

**7 Software**

- <20% of 2024E revenue forecast from software
- Forecasted software revenue based on direct feedback from OEMs using Velarray hardware

**Velodyne Lidar**



# Financial Summary

# Financial Highlights: Third Quarter 2020

 **Shipped 47,500 sensors from inception**

 **Enabling new applications**

 **24 active multi-year agreements at the end Q3 vs. 18 at the end of Q2**

 **Improving margins with transition to new overseas manufacturing in 2020**

## Q3 2020 FINANCIAL SNAPSHOT

| Strong Growth Revenue Profile | 137% Revenue Growth[1] | 2,235 Sensors Shipped | +6 Contracts |
| --- | --- | --- | --- |
| Expanding Profitability and Strong Liquidity | 47% Gross Margin | ($6.5M) Non-GAAP Operating Loss[2] | $298M Cash on Balance Sheet |

[1] Comparison of growth is to Q3 2019
[2] Represents calculations based on Non-GAAP metrics. See appendix for reconciliation of GAAP to Non-GAAP measures

**Velodyne Lidar®**

# Strong Contract and Revenue Momentum



## REVENUE

($ in millions)

- ■ Product Revenue
- ■ License and Services



## PROJECTS IN OUR PIPELINE



VELODYNELIDAR.COM    |    19

# Gross Profit and Operating Improvement



**NON-GAAP GROSS PROFIT[1]**

($ in millions)

Q3'19: ($1.1)
Q3'20: $15[2]

% of Total Revenue: Q3'19 — NM; Q3'20 — 46.7%



**NON-GAAP OPERATING LOSS[1]**

($ in millions)

Q3'19: $26.8
Q3'20: $6.5

% of Total Revenue: Q3'19 — NM; Q3'20 — NM

[1] Gross Profit and Operating Loss are presented on a Non-GAAP basis (excludes stock-based compensation and amortization). See appendix for reconciliation of GAAP to Non-GAAP measures.
[2] The forecast materials filed with the SEC around our business combination reflected a Q3 benefit from a one-time $11 million stocking fee, which impacted gross profit..



# Leveraging Efficient Cost Structure



**NON-GAAP RESEARCH & DEVELOPMENT**

*($ in millions)*

| | Q3'19 | Q3'20 |
|---|---|---|
| | $16.4 | $10.4 |
| **% of Total Revenue** | 121% | 32% |



**NON-GAAP SALES & MARKETING**

*($ in millions)*

| | Q3'19 | Q3'20 |
|---|---|---|
| | $5.1 | $4.1 |
| **% of Total Revenue** | 38 % | 13% |



**NON-GAAP GENERAL & ADMINISTRATIVE**

*($ in millions)*

| | Q3'19 | Q3'20 |
|---|---|---|
| | $4.1 | $7.0 |
| **% of Total Revenue** | 31% | 22% |



*Note: Sales and Marketing, Research and Development and General and Administrative expenses are presented on a Non-GAAP basis. See appendix for reconciliation of GAAP to Non-GAAP measures.*





# APPENDIX

# GAAP to Non-GAAP Gross Profit Reconciliation

## NON-GAAP GROSS PROFIT

| ($ in millions) | Q3 2019 | Q3 2020 |
|---|---|---|
| GAAP Gross Profit | ($1.1) | $15.0 |
| Stock-Based Compensation | $0 | $0 |
| **Non-GAAP Gross Profit** | **($1.1)** | **$15.0** |
| *Margin %* | *NM* | *46.6%* |



# GAAP to Non-GAAP Operating Loss Reconciliation

## NON-GAAP OPERATING LOSS

| ($ in millions) | Q3 2019 | Q3 2020 |
|---|---|---|
| GAAP Operating Loss | ($26.9) | ($2.7) |
| Stock-Based Compensation | $0.03 | $0.1 |
| Gain on Sale of Assets Held-for-Sale | – | ($7.5) |
| Write-Off of IPO Costs | – | $3.5 |
| Amortization of Acquisition-Related Intangible Assets | $0.1 | $0.1 |
| **Non-GAAP Operating Loss** | **($26.8)** | **($6.5)** |



# GAAP to Non-GAAP Operating Expense Reconciliation

## RESEARCH & DEVELOPMENT

| ($ in millions) | Q3 2019 | Q3 2020 |
|---|:---:|:---:|
| GAAP R&D Operating Expense | $16.5 | $10.5 |
| Stock Based Compensation | $0 | $0 |
| Acquisition Amortization | $(.1) | $(.1) |
| **Non-GAAP R&D Operating Expense** | **$16.4** | **$10.4** |



# GAAP to Non-GAAP Operating Expense Reconciliation

## SALES & MARKETING

| ($ in millions) | Q3 2019 | Q3 2020 |
|---|---|---|
| GAAP Sales and Marketing Operating Expense | $5.1 | $4.1 |
| Stock Based Compensation | $0 | $0 |
| **Non-GAAP Sales and Marketing Operating Expense** | **$5.1** | **$4.1** |



# GAAP to Non-GAAP Operating Expense Reconciliation

## GENERAL & ADMINISTRATIVE

| ($ in millions) | Q3 2019 | Q3 2020 |
|---|---|---|
| GAAP G&A Operating Expense | $4.1 | $10.6 |
| Stock Based Compensation | | $(.1) |
| IPO Costs | | $(3.5) |
| **Non-GAAP G&A Operating Expense** | **$4.1** | **$7.0** |

