KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

IVAN PANCHENKO (admitted *pro hac vice*)
ivan.panchenko@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (650) 526-5000

SARAH E. MACIEL (SBN 333410)
sarah.maciel@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Velodyne Lidar, Inc.,*
*Anand Gopalan, Andrew Hamer, James A. Graf,*
*Michael Dee and Joseph B. Culkin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN,<br><br>Defendants. | Case No. 3:21-cv-01486-SI<br><br>**DECLARATION OF WILLIAM Z. BRENC IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>Date:   April 22, 2022<br>Time:   10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br>Judge:  The Honorable Susan Illston |

I, William Z. Brenc, declare as follows:

1. I am an attorney in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Velodyne Lidar, Inc. ("Velodyne" or the "Company"), Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee, and Joseph B. Culkin ("Defendants") in the above-captioned action.  I am a member of the bar of the State of California, and I am duly admitted to practice before this Court.  I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint for Violations of the Federal Securities Laws, filed herewith.

2. Attached as **Exhibit A** are true and correct excerpts of Velodyne's Form 10-K for the year ended December 31, 2020, filed with the U.S. Securities and Exchange Commission ("SEC") on March 17, 2021.

3. Attached as **Exhibit B** are true and correct excerpts of a Registration Statement on Form S-1 that the Company filed with the SEC on October 19, 2020.

4. Attached as **Exhibit C** are true and correct excerpts of Amendment No. 1 to a Registration Statement on Form S-1 that the Company filed with the SEC on September 22, 2020.

5. Attached as **Exhibit D** is a true and correct copy of a press release dated July 2, 2020, which was attached to a Form 8-K that the Company filed with the SEC on July 2, 2020.

6. Attached as **Exhibit E** is a true and correct copy of a July 2020 investor presentation, which was attached to a Form 8-K that the Company filed with the SEC on July 2, 2020.

7. Attached as **Exhibit F** are true and correct excerpts of a Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on July 15, 2020.

8. Attached as **Exhibit G** are true and correct excerpts of a revised Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on August 21, 2020.

9. Attached as **Exhibit H** are true and correct excerpts of a revised Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on September 8, 2020.

10. Attached as **Exhibit I** are true and correct excerpts of a Definitive Proxy Statement on Schedule 14A that the Company filed with the SEC on September 14, 2020.

11. Attached as **Exhibit J** are true and correct excerpts of a Prospectus on Form 424B3 dated September 29, 2020 that the Company filed with the SEC on October 1, 2020.

12. Attached as **Exhibit K** is a true and correct copy of a press release dated January 7, 2021, which was attached to a Form 8-K that the Company filed with the SEC on January 8, 2021.

13. Attached as **Exhibit L** is a true and correct copy of a press release dated February 22, 2021, which was attached to a Form 8-K that the Company filed with the SEC on February 22, 2021.

14. Attached as **Exhibit M** is a true and correct copy of a Form 8-K that the Company filed with the SEC on September 9, 2021.

15. Attached as **Exhibit N** is a true and correct copy of an investor presentation dated July 20, 2020, which was attached to a Form 8-K that the Company filed with the SEC on July 20, 2020.

16. Attached as **Exhibit O** is a true and correct copy of a press release dated August 31, 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 1, 2020.

17. Attached as **Exhibit P** is a true and correct copy of an investor presentation dated September 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 1, 2020.

18. Attached as **Exhibit Q** is a true and correct transcript of a July 2, 2020 conference call, which was attached to a Form 8-K that the Company filed with the SEC on July 6, 2020.

19. Attached as **Exhibit R** is a true and correct transcript of a September 1, 2020 conference call, which was attached to a Form 8-K that the Company filed with the SEC on September 2, 2020.

20. Attached as **Exhibit S** is a true and correct transcript of Velodyne's November 5, 2020 conference call following announcement its quarterly financial results.

21. Attached as **Exhibit T** is a true and correct copy of a press release dated November 5, 2020, which was attached to a Form 8-K that the Company filed with the SEC on November 5, 2020.

22. Attached as **Exhibit U** is a true and correct copy of a Velodyne investor presentation dated November 5, 2020.

DECL. OF WILLIAM Z. BRENC
ISO MOTION TO DISMISS
- 2 -
Case No. 3:21-cv-01486-SI

23.  Attached as **Exhibit V** are true and correct excerpts of a Form 8-K that the Company filed with the SEC on October 5, 2020.

24.  Attached as **Exhibit W** is a true and correct copy of an investor presentation dated September 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 8, 2020.

25.  Attached as **Exhibit X** are true and correct excerpts of a Registration Statement on Form S-1 dated August 26, 2020, which the Company filed with the SEC on August 27, 2020.

26.  Attached as **Exhibit Y** are true and correct excerpts of a Prospectus on Form 424B2 dated November 4, 2020, which the Company filed with the SEC on that same date.

27. Attached as **Exhibit Z** is a true and correct copy of a *BusinessWire* press release dated January 21, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on March 4, 2022 at Oakland, California.

*/s/ William Z. Brenc*
William Z. Brenc
