# EXHIBIT V

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K
**CURRENT REPORT**

**PURSUANT TO SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): **September 29, 2020**

# VELODYNE LIDAR, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38703** | **83-1138508** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**5521 Hellyer Avenue**
**San Jose, California 95138**
(Address of principal executive offices, including zip code)

Registrant's telephone number, including area code: **(669) 275-2251**

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.0001 par value per share | VLDR | The Nasdaq Stock Market LLC |
| Warrants, each exercisable for three-quarters of one share of common stock | VLDRW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

- 1 -

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

The Company makes and incorporates by reference forward-looking statements in this Current Report on Form 8-K. These forward-looking statements relate to expectations for future financial performance, business strategies or expectations for the Company's business. Specifically, forward-looking statements may include statements relating to:

· the benefits of the Business Combination;

· the future financial performance of the post-combination company following the Business Combination;

· expansion plans and opportunities; and

· other statements preceded by, followed by or that include the words "may," "can," "should," "will," "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," "target" or similar expressions.

These forward-looking statements are based on information available as of the date of this Current Report on Form 8-K and the Company's management's current expectations, forecasts and assumptions, and involve a number of judgments, risks and uncertainties. Accordingly, forward-looking statements should not be relied upon as representing the Company's views as of any subsequent date. The Company does not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

As a result of a number of known and unknown risks and uncertainties, the Company's actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

· the risk that the Business Combination disrupts current plans and operations;

· the ability to recognize the anticipated benefits of the Business Combination, which may be affected by, among other things, competition and the ability of the combined business to grow and manage growth profitably;

· costs related to the Business Combination;

· changes in applicable laws or regulations;

· the possibility that the Company may be adversely affected by other economic, business, and/or competitive factors; and

· other risks and uncertainties indicated or incorporated by reference in this Current Report on Form 8-K, including those set forth in the "Risk Factors" section in Graf's definitive proxy statement filed with the U.S. Securities and Exchange Commission (the "SEC") on September 14, 2020 (the "Proxy Statement") relating to the Special Meeting, which is incorporated herein by reference.

*Business*

The business of Graf prior to the Business Combination is described in the Proxy Statement in the section entitled "Information About the Company," which is incorporated by reference herein. The business of Velodyne prior to the Business Combination is described in the Proxy Statement in the section entitled "Velodyne's Business," which is incorporated herein by reference.

*Risk Factors*

The risk factors related to the Company's business and operations and the Business Combination are set forth in the Proxy Statement in the section entitled "Risk Factors," which is incorporated herein by reference.

*Properties*

The properties of the Company are described in the Proxy Statement in the section entitled "Velodyne's Business – Facilities," which is incorporated herein by reference.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**VELODYNE LIDAR, INC.**

By:  /s/ Anand Gopalan

Name: Dr. Anand Gopalan
Title: Chief Executive Officer

Dated: October 5, 2020

- 3 -