KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

IVAN PANCHENKO (admitted *pro hac vice*)
ivan.panchenko@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (650) 526-5000

SARAH E. MACIEL (SBN 333410)
sarah.maciel@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Velodyne Lidar, Inc.,*
*Anand Gopalan, Andrew Hamer, James A. Graf,*
*Michael Dee and Joseph B. Culkin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN, <br><br> Defendants. | Case No. 3:21-cv-01486-SI <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** <br><br> Date:     April 22, 2022 <br> Time:     10:00 a.m. <br> Place:    Courtroom 1, 17th Floor <br> Judge:    The Honorable Susan Illston |

Defendants Velodyne Lidar, Inc. ("Velodyne" or the "Company"), Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee, and Joseph B. Culkin (collectively, "Defendants") submit this request that the Court consider the documents identified below in connection with Defendants' Motion to Dismiss the Consolidated Amended Complaint (the "Complaint" or "CAC").

When considering a motion to dismiss in a case governed by the Private Securities Litigation Reform Act ("PSLRA"), it is proper to consider "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). The following documents, which are attached as Exhibits A through Z to the Declaration of William Z. Brenc ("Brenc Declaration," filed concurrently), are subject to judicial notice and/or the incorporation by reference doctrine:

**Exhibit A**: Excerpts of Velodyne's Form 10-K for the year ended December 31, 2020, filed with the United States Securities and Exchange Commission ("SEC") on March 17, 2021. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 40, 50, 186, 391 and 453.

**Exhibit B**: Excerpts of a Registration Statement on Form S-1 that the Company filed with the SEC on October 19, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 50, 176, 177, 327-329, 331-334, 336 and 410.

**Exhibit C**: Excerpts of Amendment No. 1 to a Registration Statement on Form S-1 that the Company filed with the SEC on September 22, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 58, 62, 305-309 and 313.

**Exhibit D**: Press release dated July 2, 2020, which was attached to a Form 8-K that the Company filed with the SEC on July 2, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 27, 58, 108, 109, 114, 134, 198-199 and 202.

**Exhibit E**: July 2020 investor presentation, which was attached to a Form 8-K that the Company filed with the SEC on July 2, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 204 and 232.

**Exhibit F**: Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on July 15, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 99, 218-222, 224 and 227.

**Exhibit G**: Excerpts of a revised Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on August 21, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 173, 236-240, 242, 245, 247 and 248.

**Exhibit H**: Excerpts of a revised Preliminary Proxy Statement on Schedule 14A that the Company filed with the SEC on September 8, 2020. This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 271-275, 277 and 280.

**Exhibit I**:  Excerpts of a Definitive Proxy Statement on Schedule 14A that the Company filed with the SEC on September 14, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 35, 38, 62, 99, 100, 111, 288-292, 294, 298, 301 and 302.

**Exhibit J**:  Excerpts of a Prospectus on Form 424B3 dated September 29, 2020 that the Company filed with the SEC on October 1, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 61, 141, 316-318, 320 and 322.

**Exhibit K**:  Press release dated January 7, 2021, which was attached to a Form 8-K that the Company filed with the SEC on January 8, 2021.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 23, 24, 29, 54, 147-149, 377, 378 and 444.

**Exhibit L**:  Press release dated February 22, 2021, which was attached to a Form 8-K that the Company filed with the SEC on February 22, 2021.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 19, 106, 118, 449 and 450.

**Exhibit M**:  Form 8-K that the Company filed with the SEC on September 9, 2021.

**Exhibit N**:  Investor presentation dated July 20, 2020, which was attached to a Form 8-K that the Company filed with the SEC on July 20, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 58, 231 and 232.

**Exhibit O**:  Press release dated August 31, 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 1, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 28, 110, 135, 137, 262 and 263.

**Exhibit P**:  Investor presentation dated September 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 1, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 58, 139 and 264.

**Exhibit Q**:  Transcript of a July 2, 2020 conference call, which was attached to a Form 8-K that the Company filed with the SEC on July 6, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 206-208, 212, 215 and 216.

**Exhibit R**:  Transcript of a September 1, 2020 conference call, which was attached to a Form 8-K that the Company filed with the SEC on September 2, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 139, 264-266.

**Exhibit S**:  Transcript of Velodyne's November 5, 2020 conference call following announcement its financial results for the third quarter of 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 355, 356, 359 and 361.

**Exhibit T**:  Press release dated November 5, 2020, which was attached to a Form 8-K that the Company filed with the SEC on November 5, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 54, 142, 353 and 354.

**Exhibit U**:  Velodyne investor presentation dated November 5, 2020, which is publicly available at https://investors.velodynelidar.com/static-files/984153ee-1604-4b85-b810-17e227a3f22e.

**Exhibit V**:  Excerpts of a Form 8-K that the Company filed with the SEC on October 5, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 49 and 57.

**Exhibit W**:  Investor presentation dated September 2020, which was attached to a Form 8-K that the Company filed with the SEC on September 8, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 139, 265 and 266.

**Exhibit X**:  Excerpts of a Registration Statement on Form S-1 dated August 26, 2020, which the Company filed with the SEC on August 27, 2020.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 58, 62, 253-257 and 259.

**Exhibit Y**:  Excerpts of a Prospectus on Form 424B2 dated November 4, 2020, which the Company filed with the SEC on that same date.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 349 and 350.

**Exhibit Z**:  A *BusinessWire* press release dated January 21, 2022, which is publicly available at https://www.businesswire.com/news/home/20220121005225/en/David-Hall-Founder-of-Velodyne-Lidar-Files-Lawsuit-Against-Executives-Over-Misrepresentations-Regarding-2020-SPAC-Merger.  This document is referred to, quoted and/or relied upon in the CAC, including in Paragraphs 14, 16, 37, 203, 205, 217, 223, 229, 234, 241, 250, 269, 276, 285, 293, 296, 312, 319, 324, 335, 339, 358, 362, 371, 381, 385.

### Incorporation by Reference (Exhibits A-L, N-T, V-Z)

Because the CAC purports to quote, refer to, and rely on portions of the SEC filings, press releases and transcripts attached as Exhibits A-L, N-T and V-Z to the Brenc Declaration, the incorporation-by-reference doctrine allows the Court to consider such materials on a motion to dismiss.  *See, e.g.*, *Sayce v. Forescout Techs., Inc.*, 2021 WL 1146031, at *2 n.1 (N.D. Cal. Mar. 25, 2021) (considering "press releases, transcripts of earnings calls, Form 10-Qs and 10-Ks" under, *inter alia*, the incorporation-by-reference doctrine).  Among other things, the doctrine permits the Court to consider the full context of statements where a complaint may only provide excerpts, and "prevent[s] plaintiffs from cherry-picking certain portions of documents that support their claims, while omitting portions that weaken their claims."  *Mulquin v. Nektar Therapeutics*, 510 F. Supp. 3d 854, 863 (N.D. Cal. 2020).

### Judicial Notice (Exhibits A-Z)

Additionally, all of the exhibits are subject to judicial notice.  Pursuant to Fed. R. Evid. 201, courts routinely take judicial notice of SEC filings, press releases, other public disclosures, and conference call transcripts, particularly in cases brought under the federal securities laws.

*See, e.g., Metzler Inv. GmbH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Sayce*, 2021 WL 1146031, at \*2 n.1; *Kong v. Fluidigm Corp.*, 2021 WL 3409258, at \*5 (N.D. Cal. Aug. 4, 2021). Judicial notice of such materials is appropriate to establish, among other things, what information is in the public realm and has been communicated to investors. *See, e.g., Wochos v. Tesla, Inc.*, 2019 WL 1332395, at \*2 (N.D. Cal. Mar. 25, 2019), *aff'd*, 985 F.3d 1180 (9th Cir. 2021).

**Materials Authorized by the PSLRA's Safe Harbor (Exhibits B-J and N-Y)**

Finally, the PSLRA provides that, "[o]n any motion to dismiss based upon [the statutory safe harbor], the court shall consider any statement cited in the complaint and any cautionary statement accompanying the forward-looking statement, which are not subject to material dispute, cited by the defendant." 15 U.S.C. § 78u-5(e). Because Defendants submit that some of the statements challenged in this action are protected by the PSLRA's safe harbor, the statute provides an independent basis for the Court to consider Exhibits B-J and N-Y to the Brenc Declaration.

Dated: March 4, 2022

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: ___/s/ Kevin P. Muck___
         Kevin P. Muck

*Attorneys for Defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee and Joseph B. Culkin*