Ramzi Abadou (SBN 222567)
**KAHN SWICK & FOTI, LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for Lead Plaintiffs,*
*Diane Smith & William P. Smith*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN <br> Defendants. | Case No. 3:21-CV-01486-SI <br><br> **DECLARATION OF RAMZI ABADOU IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** <br><br> **CLASS ACTION** <br><br> JURY TRIAL DEMANDED <br><br> Judge:   Hon. Susan Illston <br> Date:   April 22, 2022 <br> Time:   10:00 a.m. <br> Courtroom: 1 - 17th Floor |

ABADOU DECL ISO OMD2          CASE NO. 3:21-CV-01486-SI

I, Ramzi Abadou, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.    I submit this Declaration, together with the attached exhibits, in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Consolidated Amended Complaint. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of a complaint captioned *Hall, et. al v. Vetter, et. al*, Case No. 22cv005713, filed in the Superior Court of California, Alameda County, on January 18, 2022.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, March 25, 2022, in San Francisco, California.


_s/ Ramzi Abadou_
RAMZI ABADOU

ABADOU DECL ISO OMD2                                1                                CASE NO. 3:21-CV-01486-SI