KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

IVAN PANCHENKO (admitted *pro hac vice*)
ivan.panchenko@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

SARAH E. MACIEL (SBN 333410)
sarah.maciel@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Velodyne Lidar, Inc.,
Anand Gopalan, Andrew Hamer, James A. Graf,
Michael Dee and Joseph B. Culkin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN,<br><br>                    Defendants. | Case No. 3:21-cv-01486-SI<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br><br><br>Date:    June 10, 2022<br>Time:    10:00 a.m.<br>Place:   Courtroom 1, 17th Floor<br>Judge:   The Honorable Susan Illston |

Pursuant to Local Rule 7-3(d)(2), defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee, and Joseph B. Culkin (collectively, "Defendants") submit to the Court the recent Ninth Circuit opinion, *In re Nektar Therapeutics Securities Litig.*, --- F. 4th ----, 2022 WL 1573821 (9th Cir. May 19, 2022) (attached as Exhibit 1), in connection with their motion to dismiss the Consolidated Amended Complaint in this action. The Ninth Circuit's decision in *Nektar* was issued after briefing on Defendants' motion to dismiss was completed, and addresses the issue of falsity at *4-6.

Dated:  May 25, 2022

WILMER CUTLER PICKERING HALE
    AND DORR LLP

By:    /s/ Kevin P. Muck
             Kevin P. Muck

*Attorneys for Defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, Michael Dee and Joseph B. Culkin*

---

STATEMENT OF RECENT DECISION                  - 1 -                  No. 3:21-cv-01486-SI