1
2
3                    UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5

6   MEYSAM MORADPOUR, et al.,              Case No. 21-cv-01486-SI
7                  Plaintiffs,             ORDER GRANTING IN PART AND
                                           DENYING IN PART DEFENDANTS'
8            v.                            REQUEST FOR JUDICIAL NOTICE
9   VELODYNE LIDAR, INC., et al.,          Re: Dkt. No. 104
10                 Defendants.

11

United States District Court
Northern District of California

12          Before the Court is defendants' request that the Court consider twenty six documents in

13   evaluating the pending motion to dismiss plaintiffs' Consolidated Amended Class Action Complaint

14   For Violations of the Federal Securities Laws.  Dkt. No. 104.

15          District courts generally may not consider material outside the pleadings when assessing the

16   sufficiency of a complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  *Lee v. City*

17   *of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).  However, the Private Securities Litigation

18   Reform Act ("PSLRA") permits courts considering a motion to dismiss governed by the PSLRA to

19   consider "documents incorporated into the complaint by reference, and matters of which a court

20   may take judicial notice."  *Tellabs, Inc. v. Makor Issues & Rights, Ltd*., 551 U.S. 308, 322 (2007).

21          Judicial notice under Fed. R. Evid. 201(b) permits a court to notice an adjudicative fact if it

22   is "not subject to reasonable dispute."  A fact is "not subject to reasonable dispute" if it is "generally

23   known," or "can be accurately and readily determined from sources whose accuracy cannot

24   reasonably be questioned."  Fed. R. Evid. 201(b)(1)–(2).  "A court may take judicial notice of

25   matters of public record without converting a motion to dismiss into a motion for summary

26   judgment."  *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001*).  See, e.g., Pirani v. Slack*

27   *Techs., Inc*., 445 F. Supp. 3d 367, 373 n. 2 (N.D. Cal. 2020), and aff'd, 13 F.4th 940 (9th Cir. 2021)

28   (judicially noticing SEC Registration Statement).  However, a court cannot take judicial notice of

disputed facts contained in such public records.  *Lee*, 250 F.3d at 689.

The "incorporation-by-reference doctrine is a judicially created doctrine that treats certain documents as though they are part of the complaint itself."  *Khoja v. Orexigen Therapeutics, Inc*., 899 F.3d 988, 1002 (9th Cir. 2018).  The doctrine is designed to prevent plaintiffs from selectively citing "only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims."  *Id*. (citing *Parrino v. FHP, Inc*., 146 F.3d 699, 706 (9th Cir. 1998), superseded by statute on other grounds as recognized in *Abrego Abrego v. Dow Chem. Co*., 443 F.3d 676, 681–82 (9th Cir. 2006).  A court may generally assume the contents of a document incorporated by reference "are true for purposes of a motion to dismiss under Rule 12(b)(6)."  *Khoja*, 899 F.3d at 1003 (citations omitted).  However, "it is improper to assume the truth of an incorporated document if such assumptions only serve to dispute facts stated in a well-pleaded complaint." *Id*.

Finally, the PSLRA permits a court to "consider any statement cited in the complaint and any cautionary statement accompanying the forward-looking statement, which are not subject to material dispute, cited by the defendant," when considering a motion to dismiss brought pursuant to the PSLRA's safe harbor for forward-looking statements.  15 U.S.C. § 78u-5(e).

Applying the foregoing standards to the documents submitted with defendants' motion, the Court will receive or reject the documents as follows:

- **Ex. A, Dkt. No. 103-1** (Excerpts of Form 10-K submitted to SEC March 17, 2021):
    - Judicially noticed
- **Ex. B, Dkt. No. 103-2** (Excerpts of Registration Statement submitted to SEC October 19, 2020):
    - Incorporated by reference
- **Ex. C, Dkt. No. 103-3** (Excerpts of Amendment No. 1 to a Registration Statement filed with the SEC on September 22, 2020):
    - Judicially noticed
- **Ex. D, Dkt. No. 103-4** (Join Press Release filed to SEC on Form 8-K on July 2, 2020):
    - Incorporated by reference and noticed per § 78u-5(e).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Ex. E, Dkt. No. 103-5** (July 2020 Investor Presentation attached to a Form 8-K filed with the SEC on July 2, 2020):
  - Noticed per § 78u-5(e)
- **Ex. F, Dkt. No. 103-6** (Preliminary Proxy Statement on Schedule 14A filed with the SEC on July 15, 2020):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. G, Dkt. No. 103-7** (Excerpts of a revised Preliminary Proxy Statement on Schedule 14A filed with the SEC on August 21, 2020):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. H, Dkt. No. 103-8** (Excerpts of revised Preliminary Proxy Statement on Schedule 14A filed with the SEC on September 8, 2020):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. I, Dkt. No. 103-9** (Excerpts of a Definitive Proxy Statement on Schedule 14A filed with the SEC on September 14, 2020):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. J, Dkt. No. 103-10** (Excerpts of a Prospectus on Form 424B3 dated September 29, 2020 filed with the SEC on October 1, 2020):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. K, Dkt. No. 103-11** (FY2020 Press Release dated January 7, 2021, attached to a Form 8-K filed with the SEC on January 8, 2021):
  - Incorporated by reference and noticed per § 78u-5(e)
- **Ex. L, Dkt. No. 103-12** (Press release dated February 22, 2021, attached to a Form 8-K filed with the SEC on February 22, 2021):
  - Judicially noticed
- **Ex. M, Dkt. No. 103-13** (Form 8-K filed with the SEC on September 9, 2021):
  - Decline to notice or incorporate
- **Ex. N, Dkt. No. 103-14** (Investor presentation dated July 20, 2020, attached to a Form 8-K filed with the SEC on July 20, 2020):

- o   Incorporated by reference and noticed per § 78u-5(e)
- **Ex. O, Dkt. No. 103-15** (Press release dated August 31, 2020, attached to a Form 8-K filed with the SEC on September 1, 2020):
  - o   Incorporated by reference and noticed per § 78u-5(e)
- **Ex. P, Dkt. No. 103-16** (Investor presentation dated September 2020, attached to a Form 8-K filed with the SEC on September 1, 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. Q, Dkt. No. 103-17** (Transcript of a July 2, 2020 conference call attached to a Form 8-K filed with the SEC on July 6, 2020):
  - o   Incorporated by reference
- **Ex. R, Dkt. No. 103-18** (Transcript of a September 1, 2020 conference call, attached to a Form 8-K that the Company filed with the SEC on September 2, 2020):
  - o   Incorporated by reference
- **Ex. S, Dkt. No. 103-19** (Transcript of Velodyne's November 5, 2020 conference call following announcement its financial results for the third quarter of 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. T, Dkt. No. 103-20** (Press release dated November 5, 2020, attached to a Form 8-K that the Company filed with the SEC on November 5, 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. U, Dkt. No. 103-21** (Velodyne investor presentation dated November 5, 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. V, Dkt. No. 103-22** (Excerpts of a Form 8-K filed with SEC on October 5, 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. W, Dkt. No. 103-23** (Investor presentation dated September 2020 attached to a Form 8-K filed with the SEC on September 8, 2020):
  - o   Noticed per § 78u-5(e)
- **Ex. X, Dkt. No. 103-24** (Excerpts of a Registration Statement on Form S-1 dated August 26, 2020, filed with the SEC on August 27, 2020):

4

1    o   Judicially noticed

2    • **Ex. Y, Dkt. No. 103-25** (Excerpts of a Prospectus on Form 424B2 dated November 4,

3    2020, filed with the SEC on that same date):

4    o   Incorporated by reference

5    • **Ex. Z, Dkt. No. 103**-26 (A *Business Wire* press release dated January 21, 2022

6    announcing Hall's State Court Complaint):

7    o   Decline to notice or incorporate

8

9    **IT IS SO ORDERED**.

10   Dated: July 1, 2022

11   _____

12   SUSAN ILLSTON
     United States District Judge

13