# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING LEAD** |
| | ) | **PLAINTIFFS' MOTION TO CLARIFY** |
| v. | ) | **AND/OR AMEND ORDER GRANTING IN** |
| | ) | **PART AND DENYING IN PART** |
| VELODYNE LIDAR, INC., et al., | ) | **DEFENDANTS' MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) | **CLASS ACTION** |
| | ) | |
| | ) | Judge:        Hon. Susan Illston |
| | ) | Courtroom:   1 – 17th Floor |
| | ) | |

[PROPOSED] ORDER                                                     CASE NO. 3:21-CV-01486-SI

Before the Court is Lead Plaintiffs' Motion to Clarify and/or Amend the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

(a)    The Court hereby clarifies the Order to hold that Lead Plaintiffs' Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 99) adequately alleges a violation of Section 20(a) of the Securities Exchange Act of 1934 against Defendant Andrew Hamer in addition to Defendants Anand Gopalan, Michael Dee, and James A. Graf as control persons of Velodyne Lidar, Inc.; and

(b)    The Court's Order is hereby amended as follows:

(i)    The typographical error on page 5, line 23 (ECF No. 119) – "SEC Rule 10b-5(a)" is amended to be "SEC Rule 10b-5(a) and (c)";

(ii)    The typographical error on page 21, line 14 (ECF No. 119) – "SEC Rule 10b-5(c)" is amended to be "SEC Rule 10b-5";

(iii)    The typographical error on page 23, line 3 (ECF No. 119) – "SEC Rule 10b-5(c)" is amended to be "SEC Rule 10b-5"; and

(iv)    The typographical error on page 23, line 7 (ECF No. 119) – "SEC Rule 10b-5(a)" is amended to be "SEC Rule 10b-5(a) and (c)."

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE NO. 3:21-CV-01486-SI