Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiffs, Diane Smith & William P. Smith*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYSAM MORADPOUR, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>VELODYNE LIDAR, INC., et al., )<br><br>Defendants. )<br> ) | Case No. 3:21-CV-01486-SI<br><br>**DECLARATION OF ALEXANDER L. BURNS IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO CLARIFY AND/OR AMEND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS**<br><br>**CLASS ACTION**<br><br>Judge:     Hon. Susan Illston<br>Courtroom:   1 – 17th Floor |

BURNS DECL. ISO REPLY IN FURTHER SUPPORT
OF MOTION TO CLARIFY AND/OR AMEND ORDER

CASE NO. 3:21-CV-01486-SI

I, Alexander L. Burns, declare as follows:

1.      I am an attorney at Kahn Swick & Foti, LLC, Lead Counsel to Lead Plaintiffs Diane Smith and William P. Smith in the above captioned Action. I was admitted *pro hac vice* by order of this Honorable Court on July 22, 2021 (*see* ECF No. 71) and have personal knowledge of the matters stated herein.

2.      I submit this Declaration, together with the attached exhibits, in further support of Lead Plaintiffs' Reply in Further Support of Their Motion to Clarify and/or Amend Order Granting in Part and Denying in Part Defendants' Motion to Dismiss.

3.      Attached hereto as **Exhibit A** is a true and correct copy of correspondence sent from Plaintiffs' Counsel to Defendants' Counsel requesting a meet and confer to begin discussing a joint case management statement pursuant to Civil L.R. 16-9 and FED. R. CIV. P. 26(f), dated July 20, 2022.

4.      Attached hereto as **Exhibit B** is a true and correct copy of correspondence sent from Plaintiffs' Counsel to Defendants' Counsel, dated July 26, 2022.

5.      Attached hereto as **Exhibit C** is a true and correct copy of correspondence from Defendants' Counsel to Plaintiffs' Counsel, dated July 27, 2022.

6.      Attached hereto as **Exhibit D** is a true and correct copy of correspondence sent from Plaintiffs' Counsel to Defendants' Counsel, dated July 28, 2022.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, August 12, 2022, in New Orleans, Louisiana.


                                          *s/ Alexander L. Burns*
                                          ALEXANDER L. BURNS