# EXHIBIT A

## Alexander Burns

**From:**          Alexander Burns
**Sent:**          Wednesday, July 20, 2022 2:14 PM
**To:**            'kevin.muck@wilmerhale.com'; 'susan.muck@wilmerhale.com'; 'william.brenc@wilmerhale.com';
                   'ivan.panchenko@wilmerhale.com'; 'sarah.maciel@wilmerhale.com'
**Cc:**            Ramzi Abadou; Morgan Embleton; Ashley Errington
**Subject:**       Velodyne - Joint Case Management Statement
**Attachments:**   2022.07.20b - ALB to Defense Counsel re Conferences.pdf


Dear Counsel:

Please see the attached correspondence.

Sincerely,

-Alex

Alexander L. Burns
Associate Attorney (#31076), Certified Public Accountant (#24794)
Licensed in Louisiana

### Kahn Swick & Foti, LLC

1100 Poydras Street, Suite 3200
New Orleans, LA 70163
(504) 648-1848 Direct
(504) 455-1498 Fax
Alexander.Burns@ksfcounsel.com

* Kahn Swick & Foti LLC, A Louisiana Limited Liability Company · New Orleans · New York · New Jersey — Kahn Swick & Foti LLP · San Francisco

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.



1100 Poydras Street, Suite 3200
New Orleans, LA 70163

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

**NEW ORLEANS**

NEW YORK
NEW JERSEY
SAN FRANCISCO

Alexander L. Burns
Direct: 504.648.1848
Alexander.Burns@ksfcounsel.com

July 20, 2022

***Via Email Only***
Kevin P. Muck (kevin.muck@wilmerhale.com)
Susan S. Muck (susan.muck@wilmerhale.com)
William Z. Brenc (william.brenc@wilmerhale.com)
Ivan Panchenko (ivan.panchenko@wilmerhale.com)
Sarah E. Maciel (sarah.maciel@wilmerhale.com)

RE:     *Moradpour v. Velodyne Lidar, Inc., et al.*, Case No. 3:21-cv-01486-SI

Dear Counsel:

We're writing to request a meet and confer to begin discussing a Joint Case Management Statement pursuant to Civil L.R. 16-9 and FED. R. CIV. P. 26(f). We are available either by telephone or Zoom on July 27 and 28 at 10:00 a.m. Pacific Time. Please let us know your availability. Thank you.

Sincerely,

*s/ Alexander L. Burns*

Alexander L. Burns

AB/s

cc:     (via email)
        Ramzi Abadou (ramzi.abadou@ksfcounsel.com)
        Morgan Embleton (morgan.embleton@ksfcounsel.com)
        Ashley Errington (ashley.errington@ksfcounsel.com)