# EXHIBIT B

## Alexander Burns

| | |
|---|---|
| **From:** | Alexander Burns |
| **Sent:** | Tuesday, July 26, 2022 11:56 AM |
| **To:** | 'kevin.muck@wilmerhale.com'; 'susan.muck@wilmerhale.com'; 'william.brenc@wilmerhale.com'; 'ivan.panchenko@wilmerhale.com'; 'sarah.maciel@wilmerhale.com' |
| **Cc:** | Ramzi Abadou; Morgan Embleton; Ashley Errington |
| **Subject:** | RE: Velodyne - Joint Case Management Statement |

Dear Counsel:

I'm writing to follow up regarding my July 20, 2022 letter requesting a meet and confer and the July 22, 2022 voicemail Ms. Embleton left Mr. Brenc following up on that letter.  We again request a meet and confer regarding a pre-trial schedule, Rule 26(f)(3) planning and initial disclosures given that Plaintiffs provided notice on July 15, 2022 that this matter is now in discovery.  Given that we've received no response to our requests for a meet and confer for this week, please let us know your availability to meet and confer next week on either August 4, 5, or 6, at 10:00 a.m. Pacific Time.  We appreciate that Judge Illston is away until August 5 and has yet to set a the initial case management conference, but Rule 26(f) contemplates that the parties must confer "as soon as practicable."

Sincerely,

-Alex

---

**From:** Alexander Burns
**Sent:** Wednesday, July 20, 2022 2:14 PM
**To:** 'kevin.muck@wilmerhale.com' <kevin.muck@wilmerhale.com>; 'susan.muck@wilmerhale.com' <susan.muck@wilmerhale.com>; 'william.brenc@wilmerhale.com' <william.brenc@wilmerhale.com>; 'ivan.panchenko@wilmerhale.com' <ivan.panchenko@wilmerhale.com>; 'sarah.maciel@wilmerhale.com' <sarah.maciel@wilmerhale.com>
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Morgan Embleton <Morgan.Embleton@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Subject:** Velodyne - Joint Case Management Statement

Dear Counsel:

Please see the attached correspondence.

Sincerely,

-Alex

Alexander L. Burns
Associate Attorney (#31076), Certified Public Accountant (#24794)
Licensed in Louisiana

## Kahn Swick & Foti, LLC

1100 Poydras Street, Suite 3200
New Orleans, LA 70163
(504) 648-1848 Direct
(504) 455-1498 Fax

1