# EXHIBIT C

## Alexander Burns

| | |
|---|---|
| **From:** | Panchenko, Ivan <Ivan.Panchenko@wilmerhale.com> |
| **Sent:** | Wednesday, July 27, 2022 4:44 PM |
| **To:** | Alexander Burns; Muck, Kevin; Muck, Susan; Brenc, William Z.; Maciel, Sarah E. |
| **Cc:** | Ramzi Abadou; Morgan Embleton; Ashley Errington |
| **Subject:** | RE: Velodyne - Joint Case Management Statement |

Alex,

We are not available on August 4 or 5, and August 6 is a Saturday.  More to the point, in light of Plaintiffs' motion supposedly to "clarify" the Court's order on Defendant's motion to dismiss—a motion that improperly seeks to resuscitate a claim against Mr. Hamer that was unequivocally dismissed—it is premature to meet and confer regarding scheduling, discovery, or related issues.  Once the Court rules on Plaintiffs' motion and sets a date for the initial case management conference, we can of course revisit this matter.

Best,
Ivan

**Ivan Panchenko | WilmerHale**
+1 617 526 6312 (t)

**From:** Alexander Burns <Alexander.Burns@ksfcounsel.com>
**Sent:** Tuesday, July 26, 2022 12:56 PM
**To:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Muck, Susan <Susan.Muck@wilmerhale.com>; Brenc, William Z. <William.Brenc@wilmerhale.com>; Panchenko, Ivan <Ivan.Panchenko@wilmerhale.com>; Maciel, Sarah E. <Sarah.Maciel@wilmerhale.com>
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Morgan Embleton <Morgan.Embleton@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Subject:** RE: Velodyne - Joint Case Management Statement

**EXTERNAL SENDER**

Dear Counsel:

I'm writing to follow up regarding my July 20, 2022 letter requesting a meet and confer and the July 22, 2022 voicemail Ms. Embleton left Mr. Brenc following up on that letter.  We again request a meet and confer regarding a pre-trial schedule, Rule 26(f)(3) planning and initial disclosures given that Plaintiffs provided notice on July 15, 2022 that this matter is now in discovery.  Given that we've received no response to our requests for a meet and confer for this week, please let us know your availability to meet and confer next week on either August 4, 5, or 6, at 10:00 a.m. Pacific Time.  We appreciate that Judge Illston is away until August 5 and has yet to set a the initial case management conference, but Rule 26(f) contemplates that the parties must confer "as soon as practicable."

Sincerely,

-Alex

**From:** Alexander Burns
**Sent:** Wednesday, July 20, 2022 2:14 PM
**To:** 'kevin.muck@wilmerhale.com' <kevin.muck@wilmerhale.com>; 'susan.muck@wilmerhale.com' <susan.muck@wilmerhale.com>; 'william.brenc@wilmerhale.com' <william.brenc@wilmerhale.com>; 'ivan.panchenko@wilmerhale.com' <ivan.panchenko@wilmerhale.com>; 'sarah.maciel@wilmerhale.com' <sarah.maciel@wilmerhale.com>
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Morgan Embleton <Morgan.Embleton@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Subject:** Velodyne - Joint Case Management Statement

Dear Counsel:

Please see the attached correspondence.

Sincerely,

-Alex

Alexander L. Burns
Associate Attorney (#31076), Certified Public Accountant (#24794)
Licensed in Louisiana

## Kahn Swick & Foti, LLC

1100 Poydras Street, Suite 3200
New Orleans, LA 70163
(504) 648-1848 Direct
(504) 455-1498 Fax
Alexander.Burns@ksfcounsel.com

* Kahn Swick & Foti LLC, A Louisiana Limited Liability Company · New Orleans · New York · New Jersey — Kahn Swick & Foti LLP · San Francisco

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.