Pages 1-8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MEYSAM MORADPOUR, et al.,            )  Case No.  21-cv-01486-SI
                                     )
              Plaintiff,             )  San Francisco, California
                                     )  Friday, March 3, 2023
      v.                             )
                                     )  ZOOM WEBINAR PROCEEDINGS
VELODYNE LIDAR, INC., et al.,        )
                                     )
              Defendants.            )
_____)


        TRANSCRIPT OF FURTHER CASE MANAGEMENT CONFERENCE
             BEFORE THE HONORABLE SUSAN ILLSTON
             UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:  (Via Zoom Webinar)

For Plaintiffs:                RAMZI ABADOU, ESQ.
                               Kahn Swick & Foti, LLP
                               580 California Street, Suite 1200
                               San Francisco, California 94104
                               (415) 459-6900

                               ALEXANDER L. BURNS, ESQ.
                               Kahn Swick & Foti, LLP
                               1100 Poydras Street, Suite 960
                               New Orleans, Louisiana 70163
                               (504) 455-1400

For Defendants:                KEVIN P. MUCK, ESQ.
                               WILLIAM Z. BRENC, ESQ.
                               Wilmer Cutler Pickering Hale
                               and Dorr LLP
                               One Front Street, Suite 3600
                               San Francisco, California 94111
                               (628) 235-1002


Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

2

APPEARANCES:  (Cont'd.)

Transcription Service:        Peggy Schuerger
                              Ad Hoc Reporting
                              2220 Otay Lakes Road, Suite 502-85
                              Chula Vista, California 91915
                              (619) 236-9325

SAN FRANCISCO, CALIFORNIA  FRIDAY, MARCH 3, 2023  10:33 A.M.

--oOo--

THE CLERK:  Now calling Civil Matter 21-cv-1486, Moradpour v. Velodyne Lidar, Inc., et al.  Counsel, please state your appearances for the record, starting with Plaintiff.

MR. ABADOU:  Good morning, Your Honor.  This is Ramzi Abadou on behalf of the Lead Plaintiffs.

THE COURT:  Good morning.

MR. ABADOU:  Good morning.

MR. BURNS:  Good morning, Your Honor.  This is Alexander Burns on behalf of Lead Plaintiffs.

THE COURT:  Good morning.

MR. MUCK:  Good morning, Your Honor.

MR. BRENC:  Sorry, Kevin.

MR. MUCK:  Go ahead, Will.

MR. BRENC:  William Brenc on behalf of Defendants.

THE COURT:  Good morning.

MR. MUCK:  Good morning, Your Honor.  Kevin Muck also for the Defendants.

THE COURT:  Good morning.  So I read -- I read your statement.  It sounds as if things are proceeding more or less at pace.  And as of the time of the statement, you were -- you were conferring about discovery issues.  If you have any, let me know, but if you can work that out, that would be excellent.

MR. ABADOU:  Your Honor, this is Ramzi Abadou for the

4

Plaintiffs.

THE COURT:  Uh-huh.

MR. ABADOU:  Your Honor, we're working through the issues I think in good faith.  I think some may ripen into disputes, but I'm not sure we're at a point yet where, you know, we've met and conferred in person pursuant to paragraph 3 of the Court's Standing Order.  If we get to a point where we need to do that, we certainly will.  But I think both sides are making their best efforts to work through these issues without the Court's guidance, but we may get there at some point.

THE COURT:  All right.  Well, if you do, do it when you need to.  Don't let things delay.  You said you've not engaged in any kind of mediation or ADR and you think it would be premature at this juncture.

When -- when do you think it would be appropriate?

MR. ABADOU:  I'll leave that to Mr. Muck, Your Honor.

THE COURT:  Mr. Muck.

MR. MUCK:  Well, I think, Your Honor, we will probably need to see what happens with respect to class certification.  One of the things we're still trying to do is to schedule the depositions of the two proposed class representatives.  We'll be getting some documents -- well, we've already started making production of documents to the Plaintiffs.  We'll be continuing to produce documents in the months ahead.  I would think that perhaps the fall would be an appropriate time for the parties to be --

5

THE COURT:  Do we have -- what's the date for filing the class motion?

MR. ABADOU:  The class motion -- Your Honor, this is again Ramzi Abadou -- the class motion is due March 20th.

THE COURT:  Oh, okay.

MR. ABADOU:  And we plan to file -- certainly have provided some dates already for class discovery and deposition, so we're working those dates out with Diane and William Smith, and we owe Defendants a response.  They sent us a letter on March 1st and we owe them a response, so probably today or early Monday we'll provide --

THE COURT:  You need those depos before you file.

MR. ABADOU:  The depos, Your Honor, typically happen after we file, so they've proposed dates in late March and early to mid-April and we're working through those dates, you know, based on counsels' availability and the clients as well.  But I don't foresee any issues with respect to that.

THE COURT:  Okay.  So then your bottom line, Mr. Muck, was the fall.  Does that sound right to you, Mr. Abadou?

MR. ABADOU:  We are always happy to listen politely to discussions about settlement, Your Honor.

THE COURT:  Well, let me ask you a different question. When you get around to it, with whom do you want to have that conference?  Do you want a magistrate judge?  Do you want a private mediator?  What?

MR. ABADOU:  Your Honor, in my experience we -- I've used both.  I've used magistrate judges and private mediators. I've used a combination of both in cases, depending on the facts and circumstances.  But that's certainly something that Kevin and I -- or Mr. Muck and I can get on the phone and figure out.  You know, there's a handful of very, very good mediators throughout the country, including in the Bay Area, and I'm sure he'll provide some names and we'll do the same and come to agreement on somebody that's -- that I think we'll both agree is effective and probably that we've worked with in the past.

THE COURT:  What's the date for hearing class motion?

MR. ABADOU:  The hearing is July 14th at 10:00 a.m., Your Honor.

THE COURT:  All right.  The thing is this.  When we have that hearing -- I'm thinking there's no need for a status in between now and then.  But when we have that hearing, if you were to decide, well, frankly, either on a private mediator or a magistrate judge but not until then, it might be difficult to schedule it in the fall because those guys -- the good ones on both ends fill up.  So I would like you to think about arranging somebody for the fall, but think about it before the hearing.

Can you do that?

MR. MUCK:  Yes, Your Honor.

MR. ABADOU:  Yes.

THE COURT:  So by June, if you could get together,

7

figure out who you want to do it, and then let me know.  If it's a magistrate judge, we need to put them on notice.  And then if it's a private person, you need to schedule yourselves.  So let's say by June -- June 14th, can you just notify the Court who you've chosen, what you want to do?

MR. ABADOU:  I can't imagine that's going to be an issue, Your Honor, and I'll work with Kevin to find somebody that we agree on and submit something to the Court letting you know that we've agreed on somebody to mediate.

THE COURT:  Okay.  Somebody and some time.  Okay. Great.  Well, I'm not going to -- as I say, I'm not going to set another status.  But if between now and then you have discovery issues, let me know.  Or if something comes up and you want to have a status, just let Esther know and we'll set one.  Other than that, I'll just see you on July 14th.

MR. ABADOU:  That sounds great, Your Honor.  Thank you very much.

THE COURT:  All right.

MR. MUCK:  Thank you, Your Honor.

MR. BURNS:  Thank you, Your Honor.

//

//

//

//

//

8

(Proceedings adjourned at 10:40 a.m.)

I, Peggy Schuerger, certify that the foregoing is a correct transcript from the official electronic sound recording provided to me of the proceedings in the above-entitled matter.

_____*Peggy Schuerger*_____          __March 14, 2023_____
Signature of Approved Transcriber          Date

Peggy Schuerger_____
*Ad Hoc Reporting*
Approved Transcription Provider
for the U.S. District Court,
Northern District of California