KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000; Facsimile: (628) 235-1001

TAMAR KAPLAN-MARANS (admitted *pro hac vice*)
tamar.kaplan-marans@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800; Facsimile: (212) 230-8888

IVAN PANCHENKO (admitted *pro hac vice*)
ivan.panchenko@wilmerhale.com
ROBERT DONOGHUE (admitted *pro hac vice*)
robert.donoghue@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000; Facsimile: (617) 526-5000

Attorneys for Defendants
*Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer,*
*James A. Graf and Michael Dee*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN,<br><br>                              Defendants. | Case No.  3:21-CV-01486-SI<br><br>**[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br><br>Judge:        Hon. Susan Illston |

---

Upon consideration of Lead Plaintiffs' Administration Motion to Consider Whether Another Party's Material Should be Sealed, Defendants' Statement in Support of Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, as well as the Declaration of Kevin P. Muck, and compelling reasons appearing, the Court GRANTS Lead Plaintiffs' motion.  The Clerk shall order portions of Lead Plaintiffs' Motion for Class Certification and Exhibits to the Declaration of Ramzi Abadou in support sealed as follows:

| Motion for Class Certification Section/Exhibit | Proposed Redactions (Page:Line) |
| --- | --- |
| Table of Contents | i (II.A.3), not including "The Audit Committee" or "into the Halls, Culminating in Their Censure" |
| II.A.3 | 4:13-14, not including "The Audit Committee" or "into the Halls, Culminating in Their Censure" |
| II.A.3 | 4:15-22, not including "Shortly after the Business Combination," or "*See* Abadou Decl., Ex. B (VLDR_SL_000000782).[3]" or "*Id.*" |
| II.A.3 | 4, n.3, not including "to distinguish" |
| II.A.3 | 4:23-5:1, not including "Velodyne's repeated risk disclosures that, *inter alia*," |
| II.A.3 | 5:4-6, not including "274, 291, 309, 333, 370. Later," or "Abadou Decl., Ex. B (VLDR_SL_000000782)." |
| II.A.3 | 5:7-8, not including "Instead," or "on December 9, 2020, Velodyne's Audit Committee retained Keker Van Nest & Peters, LLP to conduct" or "investigation into the Halls ("Keker" |
| II.A.3 | 5:11-13, not including "Investigation's purpose" or "Abadou Decl., Ex. B (VLDR_SL_000000782).[4] According to Mr. Hall," |
| II.A.3 | 5:24-6:4, not including "Abadou Decl., Ex. D (VLDR_SL_000000773)." or "*Id.* at VLDR_SL_000000769-76." |
| Exhibit B | Seal in full |
| Exhibit D | Seal in full |

**IT IS SO ORDERED.**

DATED: _____  _____

_____
Honorable Susan Illston
United States District Court

- 2 -