# EXHIBIT  A

Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiff, Diane Smith & William P. Smith*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYSAM MORADPOUR, et al., ) | Case No. 3:21-CV-01486-SI |
| ) | |
| Plaintiffs, ) | **LEAD PLAINTIFFS' RULE 26 INITIAL DISLCOSURES** |
| ) | |
| v. ) | **CLASS ACTION** |
| ) | |
| VELODYNE LIDAR, INC., et al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

LEAD PLAINTIFFS' RULE 26 INITIAL
DISCLOSURES

CASE NO. 3:21-CV-01486-SI

## I.    INTRODUCTION

Pursuant to FED. R. CIV. P. 26(a)(1), Lead Plaintiffs Diane and William P. Smith (collectively, "Lead Plaintiffs") hereby submit their Initial Disclosures. Lead Plaintiffs make their Initial Disclosures without waiver of, or prejudice to, any objections they may have. Lead Plaintiffs expressly reserve all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) the admissibility in evidence of these Initial Disclosures or the subject matter thereof.

Lead Plaintiffs, through their counsel, have not completed their investigation of this case and reserve the right to clarify, amend, modify or supplement the information contained in these Initial Disclosures if and when Lead Plaintiffs obtain supplemental information and if required by the Federal Rules of Civil Procedure or Local Rules.

## II.    INDIVIDUALS AND PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

### A.    Lead Plaintiffs

Lead Plaintiffs are likely to have discoverable information relating to their investments in Velodyne securities, as described in Lead Plaintiffs' Amended Complaint for Violation of Federal Securities Laws (ECF No. 99; "Complaint"). Lead Plaintiffs may be contacted *via* their counsel, at the following address:

Ramzi Abadou (SBN 222567)
**KAHN SWICK & FOTI, LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone:    (415) 459-6900
Facsimile:    (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted pro hac vice)
Alexander L. Burns
(admitted *pro hac vice*)

Alayne K. Gobeille
(admitted *pro hac vice*)
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone:     (504) 455-1400
Facsimile:     (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com

*Lead Counsel and Counsel for Lead Plaintiffs, Diane Smith & William P. Smith*

**B.     Defendants**

The following individuals and entities are likely to have discoverable information relating to subjects in the Complaint that Lead Plaintiffs may use to support their claims, including: (i) the Reverse Merger transaction between the privately held Velodyne and the SPAC Graf Industrial Corporation, Inc.; (ii) the publicly-made statements concerning David Hall's significance to, and future involvement in, the Company; (iii) the decision by the Audit Committee to investigate David Hall and his wife Marta Thoma Hall; (iv) the Audit Committee investigation, including steps taken to execute that investigation by Keker, Van Nest & Peters, LLP, and the findings of same; (v) Hall's resignation from the Company as an employee, and related withdrawal from his position as Executive Chairman of the Board of Directors; (vi) the Company's removal of David Hall as Chairman of the Board and termination of Marta Thoma Hall as Chief Marketing Officer of Velodyne; (vii) any public statements concerning the above; and (viii) valuation of Velodyne securities and price movement.

| NAME | LAST KNOWN CONTACT INFORMATION |
|---|---|
| 1.     Anand Gopalan | *As represented parties, the Defendants shall only be contacted through Defense Counsel:* |
| 2.     Andrew Hamer | KEVIN P. MUCK (SBN 120918) kevin.muck@wilmerhale.com SUSAN S. MUCK (SBN 126930) |
| 3.     Michael Dee | susan.muck@wilmerhale.com |
| 4.     James A. Graf | WILLIAM Z. BRENC (SBN 318544) |

| NAME | LAST KNOWN CONTACT INFORMATION |
|---|---|
| 5.    Velodyne Lidar, Inc., *f/k/a* Graf Industrial Corporation, Inc. | william.brenc@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1002<br>Facsimile:  (628) 235-1001<br><br>-and-<br><br>IVAN PANCHENKO (admitted *pro hac vice*)<br>ivan.panchenko@wilmerhale.com<br>ROBERT DONOGHUE<br>robert.donoghue@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>-and-<br><br>SARAH E. MACIEL (SBN 333410)<br>sarah.maciel@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>-and-<br><br>TAMAR KAPLAN-MARANS<br>tamar.kaplan-marans@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8809 |

**C.    Other Persons or Entities (Non-Parties)**

The following individuals and entities are likely to have discoverable information relating to the subjects in the Complaint that Lead Plaintiffs may use to support their claims, including but not limited to: (i) the Reverse Merger transaction between the privately held Velodyne and the SPAC Graf Industrial Corporation, Inc.; (ii) the publicly-made statements concerning David Hall's significance to, and future involvement in, the Company; (iii) the decision by the Audit Committee to investigate David Hall and his wife Marta Thoma Hall; (iv) the Audit Committee investigation, including steps taken to execute that investigation by Keker, Van Nest & Peters, LLP, and the findings of same; (v) Hall's resignation from the Company as an employee, and related withdrawal from his position as Executive Chairman of the Board of Directors; (vi) the Company's removal of David Hall as Chairman of the Board and termination of Marta Thoma Hall as Chief Marketing Officer of Velodyne; (vii) any public statements concerning the above; and (viii) valuation of Velodyne securities and price movement.

| NAME | LAST KNOWN CONTACT INFORMATION |
|---|---|
| 1.    David Hall | *Through his attorneys:*<br>NIESAR & VESTAL LLP<br>Attn:  Peter Vestal and John Kelley<br>90 New Montgomery Street 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5300<br>Facsimile: (415) 882-5400<br><br>-and-<br><br>AKAY LAW<br>Attn: Douglas N. Akay, Elsa Berry, and Timothy M. Lupinek<br>90 New Montgomery Street 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 764-1999<br>Facsimile: (415) 764-1994 |
| 2.    Marta Thoma Hall | *Through her attorneys:*<br>NIESAR & VESTAL LLP<br>Attn:  Peter Vestal and John Kelley<br>90 New Montgomery Street 9th Floor |

| NAME | LAST KNOWN CONTACT INFORMATION |
|---|---|
| | San Francisco, CA 94105<br>Telephone: (415) 882-5300<br>Facsimile: (415) 882-5400<br><br>-and-<br><br>AKAY LAW<br>Attn: Douglas N. Akay, Elsa Berry, and Timothy M. Lupinek<br>90 New Montgomery Street 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 764-1999<br>Facsimile: (415) 764-1994 |
| 3. Sheetal Patel | *Through her attorney:*<br>Levy Vinick Burrell Hyams LLP<br>Attn: Sharon R. Vinick<br>180 Grand Avenue, Suite 1300<br>Oakland, CA 94612<br>510-318-7700 |
| 4. Joseph B. Culkin | *As a former Defendant in this matter, contact will likely be conducted through Defense Counsel. See* § II.B, *supra.* |
| 5. Christopher Thomas | Upon information and belief, currently residing in Beijing, China. Further contact information not presently available. |
| 6. Thomas "Rick" Tewell | 406 Emma Loop<br>Austin, TX 78737-1439 |
| 7. Barbara Samardzich | 111 Willits Street, Apt. 400<br>Birmingham, MI 48009-3331 |
| 8. Hamid Zarringhalam | Through Counsel for Velodyne Lidar |
| 9. Keith W. Abell | 6965 Rain Forest Drive.<br>Boca Raton, FL 33434-5254 |
| 10. Kevin Starke | 517 Stratfield Rd.<br>Fairfield, CT 06825 |
| 11. Julie J. Levenson | 8 Cedar Ln.<br>Woodside, CA 94062 |
| 12. Eric Singer | 10295 Collins Avenue<br>Unit 406<br>Bal Harbour, FL 33154-1478 |

| **NAME** | **LAST KNOWN CONTACT INFORMATION** |
|---|---|
| 13.    Michael Vella | 3321 Jewell Street<br>San Diego, CA 92109-6719 |
| 14.    Jeffery Vetter | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian LLP<br>550 Allerton Street<br>Redwood City, CA 94063 |
| 15.    Keker, Van Nest & Peters, LLP | Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>(415) 391-5400<br><br>*Or through its registered agent for service of process:*<br>Steven Taylor<br>3007 NE Flanders Street<br>Portland, OR  97232 |
| 16.    White & Case, LLP | 3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, California 94306-2109 |
| 17.    OC Opportunities Fund II, L.P. | *Through its attorney:*<br>c/o Gibson, Dunn & Crutcher, LLP<br>Attn: Mr. Brian M. Lutz<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>blutz@gibsondunn.com<br><br>-or-<br><br>c/o Owl Creek Advisors, LLC<br>640 Fifth Avenue<br>20th Floor<br>New York, NY  10019 |
| 18.    Owl Creek Asset Management, L.P. | *Through its attorney:*<br>c/o Gibson, Dunn & Crutcher, LLP<br>Attn: Mr. Brian M. Lutz<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>blutz@gibsondunn.com<br><br>-or-<br><br>640 Fifth Avenue<br>20TH Floor |

| NAME | LAST KNOWN CONTACT INFORMATION |
|---|---|
|  | New York, NY  10019 |
| 19.    Graf Acquisition, L.P. | 1020 N Marshall Avenue<br>El Cajon, CA  92020 |
| 20.    Ford Motor Company | One America Road<br>Dearborn, MI 48126-2701 |
| 21.    Jim Golden | Joele Frank, Wilkinson Brimmer Katcher<br>622 3rd Avenue<br>New York, NY 10017 |
| 22.    Jack Kelleher | Joele Frank, Wilkinson Brimmer Katcher<br>622 3rd Avenue<br>New York, NY 10017 |
| 23.    Lyle Watson | Joele Frank, Wilkinson Brimmer Katcher<br>622 3rd Avenue<br>New York, NY 10017 |
| 24.    Oppenheimer & Co. Inc. | 580 California Street Suite #2300<br>San Francisco, CA 94104<br><br>*Or*<br><br>85 Broad Street<br>New York, NY 10004 |
| 25.    Ernst & Young | 560 Mission Street #1600<br>San Francisco, CA 94105 |
| 26.    Bank of America | 100 North Tryon Street<br>Charlotte, NC 28255 |
| 27.    BofA Securities<br>(analyst Aileen Elizabeth Smith) | BofA Securities<br>100 Federal St 17th Floor<br>Boston, MA 02110 |
| 28.    Berenberg Capital Markets<br>(analyst Michael Filatov) | 255 State Street<br>Ninth Floor<br>Boston, MA 02109-2615<br><br>*Or*<br><br>1251 Avenue of The Americas<br>New York, NY  10020-1104 |
| 29.    Craig Hallum Capital Group, LLC | 222 S 9th Street<br>Suite 350<br>Minneapolis, MN  55402-3380 |

LEAD PLAINTIFFS' RULE 26 INITIAL DISCLOSURES      7      CASE NO. 3:21-CV-01486-SI

| **NAME** | **LAST KNOWN CONTACT INFORMATION** |
|---|---|
| 30. Citigroup (analyst Itay Michaeli) | 388 Greenwich Street New York, NY 10013 U.S.A. |
| 31. The Benchmark Company, LLC (analyst Ruben Roy) | 40 Fulton Street 19th Floor New York, NY  10038-5081 212-312-6700 |
| 32. *The Financial Times*, Miles Kruppa | c/o Nikkei America, Inc. 1325 Avenue of Americas Suite 2500 New York, NY 10019 |

## III.   COPY OR DESCRIPTION BY CATEGORY OF DOCUMENTS

Pursuant to FED. R. CIV. P. 26(a)(1)(B), Lead Plaintiffs respond as follows: Lead Plaintiffs represent that they have the following types of documents in their possession, custody or control that may support their claims: (i) documents regarding their transactions involving Velodyne common stock; and (ii) documents regarding Velodyne obtained from public sources. Lead Plaintiffs are also in the process of obtaining documents *via subpoenas duces tecum* to non-parties.

## IV.   COMPUTATION OF DAMAGES

### A.   Compensatory Damages

The issue of Compensatory Damages is subject to expert calculation and is properly a topic for expert discovery. Lead Plaintiffs will retain and designate an expert to opine on damages and will disclose expert testimony pursuant to FED. R. CIV. P. 26(a)(2) as required by the schedule set forth in any case management or scheduling order, as issued by the Court. Once relevant discovery has been conducted and Lead Plaintiffs' expert has calculated damages, this calculation will be provided to Defendants.

### B.   Lead Plaintiffs' Attorneys' Fees and Costs Incurred in Pursuing This Action

Attorneys' fees and costs are being incurred on an ongoing basis, and Lead Plaintiffs are presently unable to state the amount of this claim.

**C.    Pre-Judgment and Post-Judgment Interest at the Highest Lawful Rate**

The amount of pre-judgment interest is accruing on an ongoing basis, and Lead Plaintiffs are presently unable to state the amount of this claim.

**D.    Other Damages**

Lead Plaintiffs reserve the right to seek other damages in this action.

**V.    ANY INSURANCE AGREEMENT WHICH MAY BE LIABLE TO SATISFY ALL OR PART OF A JUDGMENT**

Pursuant to FED. R. CIV. P. 26(a)(1)(A)(iv), Lead Plaintiffs respond that the information sought by this portion of the Rule is inapplicable to Lead Plaintiffs. Upon information and belief, however, Defendants maintain more than one applicable directors' and officers' ("D&O") insurance policy which may be used to satisfy all or part of any judgment which may be rendered herein, as the terms of the July 2, 2020 Merger agreement executed between Graf Industrial Corp. and the privately held iteration of Velodyne required the former to, among other things, maintain in effect such insurance policies. Pursuant to FED. R. CIV. P. 26(a)(1)(A)(iv), Defendants are obliged to provide all applicable and relevant information in their own initial disclosures – including separate D&O insurance programs for Graf Industrial Corp., private Velodyne and public Velodyne.

Dated: November 18, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:    *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(admitted *pro hac vice*)

LEAD PLAINTIFFS' RULE 26 INITIAL DISCLOSURES         9         CASE NO. 3:21-CV-01486-SI

Alayne K. Gobeille
(admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiffs, Diane Smith & William P. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I served a copy of the foregoing *Lead Plaintiffs'*

*Rule 26 Initial Disclosures* to the following persons:

Kevin P. Muck
Susan S. Muck
William Z. Brenc
**WILMER CUTLER PICKERING HALE**
**AND DORR LLP**
One Front Street, Suite 3500
San Francisco, CA 94111
Email: kevin.muck@wilmerhale.com
        susan.muck@wilmerhale.com
        william.brenc@wilmerhale.com

Ivan Panchenko
Robert Donoghue
**WILMER CUTLER PICKERING HALE**
**AND DORR LLP**
60 State Street
Boston, MA 02109
Email: ivan.panchenko@wilmerhale.com
        robert.donoghue@wilmerhale.com

Sarah E. Maciel
**WILMER CUTLER PICKERING HALE**
**AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Email: sarah.maciel@wilmerhale.com

Tamar Kaplan-Marans
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: tamar.kaplan-marans@wilmerhale.com

*Counsel for Defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, and Michael Dee*

*s/ Ramzi Abadou*
RAMZI ABADOU
