Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiffs, Diane Smith & William P. Smith*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEYSAM MORADPOUR, et al., ) | Case No. 3:21-CV-01486-SI |
| ) | |
| Plaintiffs, ) | **DECLARATION OF RAMZI ABADOU IN** |
| ) | **SUPPORT OF LEAD PLAINTIFFS'** |
| v. ) | **DISCOVERY DISPUTE SUBMISSION OF** |
| ) | **APRIL 11, 2023** |
| VELODYNE LIDAR, INC., et al., ) | |
| ) | **CLASS ACTION** |
| Defendants. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |

I, Ramzi Abadou, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Lead Plaintiffs' Discovery Dispute Submission of April 11, 2023. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Objections and Responses to Lead Plaintiffs' First Set of Interrogatories, and accompanying verifications.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Objections and Responses to Lead Plaintiffs' First Set of Requests for Production of Documents to Defendants.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Tuesday, April 11, 2023, in San Francisco, California.

_____
*s/ Ramzi Abadou*
RAMZI ABADOU

.