UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, et al., <br> Plaintiffs, <br> v. <br> VELODYNE LIDAR, INC., et al., <br> Defendants. | Case No. 21-cv-01486-SI <br><br> **ORDER GRANTING LEAVE TO FILE DEPOSITION TRANSCRIPT** <br><br> Re: Dkt. No. 170 |

Before the Court is plaintiffs' motion for leave to file the deposition transcript of Diane Smith. Dkt. No. 170. Defense counsel has consented to submitting the transcript "provided that (1) the transcript is submitted in its entirety, without additional argument, and (2) a copy of th[e] email exchange [discussing submitting the transcript] is furnished to the Court simultaneously." Dkt. No. 170-1 at 3. That email exchange was attached to plaintiffs' motion. *Id.*

The parties having agreed, the Court **GRANTS** plaintiffs' motion for leave to file the transcript.

**IT IS SO ORDERED**.

Dated: April 28, 2023

_____
SUSAN ILLSTON
United States District Judge