Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiffs, Diane Smith & William P. Smith*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYSAM MORADPOUR, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VELODYNE LIDAR, INC., et al., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Case No. 3:21-CV-01486-SI<br><br>**DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO SOLELY WITHDRAW WILLIAM SMITH AS LEAD PLAINTIFF**<br><br>**<u>CLASS ACTION</u>**<br><br>JURY TRIAL DEMANDED |

DECL. OF RAMZI ABADOU                                              CASE NO. 3:21-CV-01486-SI

I, Ramzi Abadou, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice in this District. I make this Declaration based on my own personal knowledge and investigation, and if called as a witness to testify, I could and would testify competently to the following facts.

2.    Attached hereto as **Exhibit A** is a redacted version of a true and correct copy of the condensed deposition transcript of Lead Plaintiff and proposed Class Representative Diane Smith, dated April 20, 2023. An unredacted version has been filed provisionally under seal pursuant to Civil L.R. 79-5(c).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, April 28, 2023, in San Francisco, California.

_s/ Ramzi Abadou_
RAMZI ABADOU

DECL. OF RAMZI ABADOU                          1                          CASE No. 3:21-CV-01486-SI