**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] **ORDER ON LEAD** |
| | ) | **PLAINTIFFS DIANE AND WILLIAM P.** |
| v. | ) | **SMITH'S MOTION TO SOLELY** |
| | ) | **WITHDRAW HER HUSBAND WILLIAM** |
| VELODYNE LIDAR, INC., et al., | ) | **SMITH** |
| | ) | |
| Defendants. | ) | **CLASS ACTION** |
| | ) | |
| | ) | Judge:      Hon. Susan Illston |
| | ) | Courtroom:  1 – 17th Floor |
| | ) | |

Before the Court is Lead Plaintiffs Diane and William P. Smith's Notice of Motion and Motion to Solely Withdraw Her Husband William Smith. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

William P. Smith is hereby withdrawn as a lead plaintiff without prejudice to his ability to remain an absent member of the putative class.

This __3__ day of __May_____, 2023.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                    1                    CASE NO. 3:21-CV-01486-SI