**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER GRANTING LEAD |
| | ) | PLAINTIFF'S ADMINISTRATIVE MOTION |
| | ) | TO FILE UNDER SEAL PURSUANT TO |
| v. | ) | CIVIL L.R. 79-5(c) |
| | ) | |
| VELODYNE LIDAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

This Court, having considered Lead Plaintiff's Administrative Motion to File Under Seal Pursuant to Civil L.R. 79-5(c), together with all papers filed in support of the Motion, and finding compelling reasons:

IT IS HEREBY ORDERED that the following documents are to be sealed, as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Joint Submission at page 1:10 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Joint Submission at page 1:10 | |
| Exhibit A, Page 1 (at signature, header, and footer) | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Exhibit A at page 1 | |
| Exhibit A, Page 1 (at fourth line of first paragraph) | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Exhibit A at page 1 | |

**IT IS SO ORDERED.**

DATED:   May 9, 2023

HON. SUSAN ILLSTON
United States District Judge