Pages 1-7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MEYSAM MORADPOUR, et al.,           )  Case No.  21-cv-01486-SI
                                    )
            Plaintiff,              )  San Francisco, California
                                    )  Friday, November 18, 2022
     v.                             )
                                    )  ZOOM WEBINAR PROCEEDINGS
VELODYNE LIDAR, INC., et al.,       )
                                    )
            Defendants.             )
_____)


        TRANSCRIPT OF FURTHER CASE MANAGEMENT CONFERENCE
             BEFORE THE HONORABLE SUSAN ILLSTON
             UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:  (Via Zoom Webinar)

For Plaintiffs:                RAMZI ABADOU, ESQ.
                               Kahn Swick & Foti, LLP
                               580 California Street, Suite 1200
                               San Francisco, California 94104
                               (415) 459-6900

                               ALEXANDER L. BURNS, ESQ.
                               Kahn Swick & Foti, LLP
                               1100 Poydras Street, Suite 960
                               New Orleans, Louisiana 70163
                               (504) 455-1400

For Defendants:                SUSAN S. MUCK, ESQ.
                               WILLIAM Z. BRENC, ESQ.
                               Wilmer Cutler Pickering Hale
                               and Dorr LLP
                               One Front Street, Suite 3600
                               San Francisco, California 94111
                               (628) 235-1002


Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

2

APPEARANCES:  (Cont'd.)

Transcription Service:          Peggy Schuerger
                                Ad Hoc Reporting
                                2220 Otay Lakes Road, Suite 502-85
                                Chula Vista, California 91915
                                (619) 236-9325

SAN FRANCISCO, CALIFORNIA  FRIDAY, NOVEMBER 18, 2022  1:10 P.M.

--oOo--

THE CLERK:  Now calling Civil Matter 21-cv-1486, Moradpour v. Velodyne Lidar, Inc., et al.  Counsel, please state your appearances for the record, starting with Plaintiff.

MR. ABADOU:  Good afternoon, Your Honor.  Ramzi Abadou from Kahn Swick & Foti here in San Francisco on behalf of the Lead Plaintiffs.

THE COURT:  Good afternoon.

MR. ABADOU:  Hi.

MR. BURNS:  Alexander Burns with Kahn Swick & Foti on behalf of Lead Plaintiffs.

THE COURT:  Good afternoon.

MR. BURNS:  Good afternoon, Your Honor.

MR. ABADOU:  That's all for the Plaintiffs, Your Honor.

THE COURT:  All right.

MS. MUCK:  Good afternoon, Your Honor.  Susan Muck, Wilmer Hale, for all of the Defendants.

THE COURT:  Good afternoon.

MR. BRENC:  Good afternoon, Your Honor.  William Brenc of Wilmer Hale for the Defendants.

THE COURT:  Good afternoon.

THE CLERK:  Ms. Errington?

MS. ERRINGTON:  I'm but a mere paralegal.

THE CLERK:  Oh, okay.

THE COURT:  Not just a mere paralegal.  Nothing "mere" about it.

MR. BURNS:  Far from "mere."

MR. ABADOU:  I agree.

THE COURT:  So did we get everybody then?  All right. I read your statement and what I would like to achieve today -- thank you, by the way, for including the information about all the collateral matters that have been swirling about this case and for their current status.  That was helpful.

And I see you proposed a schedule.  What I'd like to do today is get a schedule through the class certification hearing and then set a further status after that and set a trial date then.  I think it makes more sense to wait and see what the case is going to look like before we set a trial date.

So, Esther, on page 18 of their statement, they've got a schedule and we will adopt it down to line 11 where it says, "Hearing on Class Certification."  I would suggest July 14th.  Is that a convenient date for you folks?

MR. ABADOU:  That's fine for Plaintiffs, Your Honor.

MS. MUCK:  That's fine for Defendants, Your Honor.

THE COURT:  Okay.  We'll set it for July 14th then.  And as of July, I don't -- it's not clear whether we will be still holding Zoom conferences or not.  But if we are, you folks can choose what you prefer.  If you want to come into court, that's fine with me, but you -- you can choose.  But it could be we're

not even going to be having that flexibility by then.  I'm not sure.

So that will be -- and then once we've held the hearing, just remind me we need to set a further status date to get another date.

And I wanted to ask about ADR.  You had said you haven't had any and think it would be premature at this time.  That's fine with me.  We'll be willing to work with you to provide an ADR option anytime you're ready for it, but if you're not ready for it now, that's fine.  We just won't.

What else do we need to do today?

MR. ABADOU:  I'm not sure, Your Honor.  We've exchanged drafts of protective orders and ESI protocols, so we're working on that collaboratively.  I think we're exchanging initial disclosures today.

THE COURT:  Okay.

MR. ABADOU:  I think the only update in terms of the other cases that you mentioned were swirling around is the derivative case in Delaware and I think that case has been stayed --

THE COURT:  I saw that.

MR. ABADOU:  -- by agreement of the parties.  And so just by way of update, that's pretty much it, I think, since we filed the draft CMC.

THE COURT:  Okay.  Ms. Muck, anything else?

6

MS. MUCK:    No,  Your  Honor.    That's  an  accurate description.

THE COURT:  Okay.  What happened to our mere paralegal?

THE CLERK:    Oh,  I  sent  her  back  to  appear  as  an attendee.

THE COURT:  Okay.  Well, I don't think she's "mere" at all, so --

MR. ABADOU:  Thank you, Your Honor.

MR. BURNS:  Thank you.

THE COURT:  All right.  Well, that -- what we'll do is get you just a little order that has those dates in it.  And then let's set a further status -- I would think that -- how about like the first week in March?

THE CLERK:  March 3rd, 3:00 p.m.

THE COURT:  Is that convenient?

MR. ABADOU:   That  is  convenient  at  this  time,  Your Honor.  Sure.

MS. MUCK:  That should be fine for the Defendants.

THE COURT:  All right.  So we'll set that for March 3rd, and I'm hopeful that can -- that can be on Zoom.  And a week before, I'd like a joint statement that just tells me what's going on and if there are any issues.

And I hope you have a good Thanksgiving and a happy holiday and we'll see you next year.

MR. ABADOU:  Thank you, Your Honor.  Happy Thanksgiving.

7

THE COURT:  Thank you.

MS. MUCK:  Thank you, Your Honor.

MR. BURNS:  Thank you, Your Honor.

MS. MUCK:  Happy Thanksgiving.

(Proceedings adjourned at 1:15 p.m.)

I, Peggy Schuerger, certify that the foregoing is a correct transcript from the official electronic sound recording provided to me of the proceedings in the above-entitled matter.

_____*Peggy Schuerger*_____          June 15, 2023_____
Signature of Approved Transcriber          Date

Peggy Schuerger_____
*Ad Hoc Reporting*
Approved Transcription Provider
for the U.S. District Court,
Northern District of California