Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel and Counsel for*
*Lead Plaintiff*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | **LEAD PLAINTIFF'S NOTICE OF** |
| | ) | **UNOPPOSED MOTION FOR CLASS** |
| v. | ) | **CERTIFICATION** |
| | ) | |
| VELODYNE LIDAR, INC., et al., | ) | **CLASS ACTION** |
| | ) | |
| Defendants. | ) | Judge:        Hon. Susan Illston |
| | ) | Date:         July 14, 2023 |
| | ) | Time:         10:00 a.m. |
| | ) | Courtroom:  1 – 17th Floor |
| | ) | |
| | ) | |

LEAD PLAINTIFF'S NOTICE OF UNOPPOSED
MOTION FOR CLASS CERTIFICATION

CASE NO. 3:21-CV-01486-SI

On March 20, 2023, Lead Plaintiff Diane Smith ("Lead Plaintiff") and former Lead Plaintiff William Smith filed a Motion for Class Certification, seeking an Order: (i) certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23; (ii) appointing Diane Smith as Class Representative; and (iii) appointing Kahn Swick & Foti, LLC as Class Counsel. ECF No. 157. On May 19, 2023, Defendants filed a Statement of Non-Opposition to Lead Plaintiff's Motion for Class Certification. ECF No. 182.

Accordingly, Lead Plaintiff respectfully requests that her unopposed Motion for Class Certification be granted, and that this Court certify a class of:

> All persons who purchased Velodyne securities between July 2, 2020 and March 17, 2021, inclusive and were damaged thereby. Excluded from the Class are Defendants and members of their immediate families, the officers and directors of the Company, at all relevant times, and members of their immediate families, the legal representatives, heirs, successors or assigns of any of the foregoing, and any entity in which Defendants have or had a controlling interest.

ECF No. 157 at 1. Lead Plaintiff further requests that the Court appoint her as Class Representative and appoint her selection of Kahn Swick & Foti, LLC as Class Counsel. *See*, *e.g.*, *Roberts v. Zuora*, No. 3:19-cv-3422-SI, slip op. at 1-2 (N.D. Cal. Mar. 15, 2021) (Illston, J.) (granting unopposed motion to certify).

Dated: June 23, 2023

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:    *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns

(admitted *pro hac vice*)
James T. Fetter
(admitted *pro hac vice*)
Alexandra Pratt
(admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

*Lead Counsel and Counsel for
Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ramzi Abadou*
RAMZI ABADOU

LEAD PLAINTIFF'S NOTICE OF UNOPPOSED
MOTION FOR CLASS CERTIFICATION

3

CASE NO. 3:21-CV-01486-SI

## Mailing Information for a Case 3:21-cv-01486-SI Moradpour v. Velodyne Lidar, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **William Zachary Brenc**
  william.brenc@wilmerhale.com,william-brenc-3258@ecf.pacerpro.com,barbara.palomo@wilmerhale.com,whdocketing@wilmerhale.com

- **Alexander Louis Burns**
  alexander.burns@ksfcounsel.com

- **Robert Donoghue**
  robert.donoghue@wilmerhale.com

- **James Thomas Fetter**
  james.fetter@ksfcounsel.com

- **Tamar Kaplan-Marans**
  tamar.kaplan-marans@wilmerhale.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Sarah E. Maciel**
  Sarah.Maciel@wilmerhale.com

- **Kevin Peter Muck**
  Kevin.Muck@wilmerhale.com,whdocketing@wilmerhale.com,joann.ambrosini@wilmerhale.com,lindy.patrick@wilmerhale.com

- **Susan Samuels Muck**
  susan.muck@wilmerhale.com,whdocketing@wilmerhale.com,susan-muck-3159@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com

- **Ivan Panchenko**
  ivan.panchenko@wilmerhale.com

- **Alexandra Pratt**
  alexandra.pratt@ksfcounsel.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Brian Jared Schall**
  brian@schallfirm.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)