**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | [~~PROPOSED~~] **ORDER GRANTING LEAD** |
| | ) | **PLAINTIFFS' ADMINISTRATIVE MOTION** |
| v. | ) | **TO FILE UNDER SEAL PURSUANT TO** |
| | ) | **CIVIL L.R. 79-5(c)** |
| VELODYNE LIDAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

[~~PROPOSED~~] ORDER GRANTING LPS'                    CASE No. 3:21-CV-01486-SI
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PURSUANT TO CIVIL L.R. 79-5(C)

This Court, having considered Lead Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil L.R. 79-5(c), together with all papers filed in support of the Motion, and finding compelling reasons:

IT IS HEREBY ORDERED that the following documents are to be sealed, as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit A to Lead Plaintiffs' Motion for Class Certification (full document) | Abadou Sealing Decl., at ¶¶ 3, 5 | Granted |
| Exhibit A to Lead Plaintiffs' Motion for Class Certification, at Page 3 (personal identifiers) | Abadou Sealing Decl., at ¶¶ 3, 5 | Granted |
| Exhibit A to Lead Plaintiffs' Motion for Class Certification, at page 9 (personal identifiers) | Abadou Sealing Decl., at ¶¶ 3, 5 | Granted |

IT IS SO ORDERED.

DATED:    June 29, 2023

_____
HON. SUSAN ILLSTON
United States District Judge