**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | [~~PROPOSED~~] **ORDER GRANTING LEAD** |
| | ) | **PLAINTIFFS' ADMINISTRATIVE MOTION** |
| | ) | **TO FILE UNDER SEAL PURSUANT TO** |
| v. | ) | **CIVIL L.R. 79-5(c)** |
| | ) | |
| VELODYNE LIDAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

This Court, having considered Lead Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil L.R. 79-5(c), together with all papers filed in support of the Motion, and finding compelling reasons:

IT IS HEREBY ORDERED that the following documents are to be sealed, as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 10:11-12 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 10:11-12 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 30:20-23 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 30:20-23 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 31:7-8 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 31:7-8 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 31:16-17 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 31:16-17 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 50:8-9 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 50:8-9 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 51:9-10 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 51:9-10 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 52:3-9 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 52:3-9 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 65:7 through 69:8 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 65:7 through 69:8 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 91:14 through 93:4 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 91:14 through 93:4 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 112:18 through 114:8 | • Abadou Sealing Decl., at ¶¶ 3-5<br>• Smith Tr. at 112:18 through 114:8 | Granted |

| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 114:12 through 117:6 | • Abadou Sealing Decl., at ¶¶ 3-5 <br> • Smith Tr. at 114:12 through 117:6 | Granted |
|---|---|---|
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 133:17 through 134:24 | • Abadou Sealing Decl., at ¶¶ 3-5 <br> • Smith Tr. at 133:17 through 134:24 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 135:2-22 | • Abadou Sealing Decl., at ¶¶ 3-5 <br> • Smith Tr. at 135:2-22 | Granted |
| Condensed Deposition Tr. of Diane Smith, dated April 20, 2023, at page 163:11-12 | • Abadou Sealing Decl., at ¶¶ 3-5 <br> • Smith Tr. at 163:11-12 | Granted |

**IT IS SO ORDERED.**

DATED:  June 29, 2023

_____
HON. SUSAN ILLSTON
United States District Judge