**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | **[P~~ROPOSED~~] ORDER GRANTING LEAD** |
| | ) | **PLAINTIFFS' ADMINISTRATIVE MOTION** |
| v. | ) | **TO CONSIDER WHETHER ANOTHER** |
| | ) | **PARTY'S MATERIAL SHOULD BE** |
| VELODYNE LIDAR, INC., et al., | ) | **SEALED PURSUANT TO CIVIL L.R. 79-5(f)** |
| | ) | |
| Defendants. | ) | **CLASS ACTION** |
| | ) | |
| | ) | Judge: Hon. Susan Illston |
| | ) | |

This matter comes before the Court on Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil L.R. 79-5(f).

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, IT IS HEREBY ORDERED, that the Administrative Motion is granted and the following documents, or portions of documents, are to be sealed:

| DOCUMENT OR PORTION OF DOCUMENT SOUGHT TO BE SEALED | DESIGNATING PARTY | ORDER |
| --- | --- | --- |
| Lead Plaintiff Diane Smith's Motion for Class Certification; Memorandum of Points and Authorities in Support Thereof | Defendants | Granted |
| **Ex. B** – Minutes of a Special Meeting of the Board of Directors of Velodyne Lidar, Inc. (bearing Bates Numbers VLDR_SL_000000777—87). | Defendants | Granted |
| **Ex. D** – Minutes of a Special Meeting of the Audit Committee of the Board of Directors of Velodyne Lidar, Inc. (bearing Bates Numbers VLDR_SL_000000766—76). | Defendants | Granted |

IT IS SO ORDERED.

DATED:    July 19, 2023

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE