UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEYSAM MORADPOUR, et al.,

Plaintiffs,

v.

VELODYNE LIDAR, INC., et al.,

Defendants.

Case No. 21-cv-01486-SI

**ORDER RE: DISCOVERY**

Re: Dkt. No. 196

The parties have submitted two discovery disputes to the Court.  The first dispute concerns whether privilege-based redactions must be logged in a privilege log.  The Court finds that *in camera* review of a representative sample of 20 documents will be helpful to the Court's resolution of the dispute.  Each side shall select 10 exemplar documents and shall provide them to the Court  for *in camera* review no later than 10 a.m. on Friday July 28, 2023.

The Court will discuss the second dispute with counsel at the July 28 case management conference.

**IT IS SO ORDERED**.

Dated: July 25, 2023

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California