KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000; Facsimile: (628) 235-1001

TAMAR KAPLAN-MARANS (admitted *pro hac vice*)
tamar.kaplan-marans@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800; Facsimile: (212) 230-8888

IVAN PANCHENKO (admitted *pro hac vice*)
ivan.panchenko@wilmerhale.com
ROBERT DONOGHUE (admitted *pro hac vice*)
robert.donoghue@wilmerhale.com
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000; Facsimile: (617) 526-5000

*Attorneys for Defendants*
*Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer,*
*James A. Graf and Michael Dee*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, MICHAEL DEE, and JOSEPH B. CULKIN,<br><br>Defendants. | Case No. 3:21-CV-01486-SI<br><br>**DECLARATION OF WILLIAM Z. BRENC IN OPPOSITION TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE PARTIES' JOINT SUBMISSION**<br><br>Judge:    Hon. Susan Illston |

BRENC DECL ISO DEFS' OPP TO PLTF'S ADMIN
MOTION TO SUPPLEMENT THE JOINT SUBMISSION

CASE NO. 3:21-cv-01486-SI

I, William Z. Brenc, declare as follows:

1.    I am an attorney admitted to practice before this Court and am a Senior Associate in the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, Michael Dee and James Graf (together, "Defendants") in this action. I have personal knowledge of the matters set forth herein and, if called upon, could testify competently to those matters.

2.    Attached as Exhibit A is a true and correct copy of email correspondence between Alexander Burns of Kahn Swick & Foti LLC, counsel of record for Plaintiff Diane Smith in this action, and me. Exhibit A contains an email sent by Mr. Burns on August 1, 2023, the response I sent on August 2, 2023, and Mr. Burns' further response later that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2023 at San Francisco, California.

*/s/ William Z. Brenc*
William Z. Brenc

- 1 -

BRENC DECL ISO DEFS' OPP TO PLTF'S ADMIN
MOTION TO SUPPLEMENT THE JOINT SUBMISSION

CASE NO. 3:21-cv-01486-SI