# EXHIBIT A

## Brenc, William Z.

| | |
|---|---|
| **From:** | Alexander Burns <Alexander.Burns@ksfcounsel.com> |
| **Sent:** | Wednesday, August 2, 2023 3:25 PM |
| **To:** | Brenc, William Z.; Muck, Kevin; Muck, Kevin; Kaplan-Marans, Tamar; Panchenko, Ivan; Donoghue, Rob; Maciel, Sarah E. |
| **Cc:** | Ramzi Abadou; James Fetter; Alexandra Pratt; Ashley Errington |
| **Subject:** | RE: [EXTERNAL] RE: VLDR - Seeking Stipulation to File Administrative Motion |

**EXTERNAL SENDER**

Counsel:

Thanks for your email.  We of course agree that Section 3 of Judge Illston's Standing Order precludes filing of exhibits without leave of Court.  That's why our administrative motion seeks leave to submit the privilege log, and that's why we sought your stipulation.

We disagree, however, with your assertion that Plaintiff has "rushed to present the Joele Frank issue to the Court before it was ripe[.]"  Lead Plaintiff subpoenaed Joele Frank in December of 2022. Owing to Defendants' privilege review—the propriety of which we have repeatedly disputed—Joele Frank eventually made three delayed document productions (April 26, 2023; May 12, 2023; and June 1, 2023), producing 1,828 documents, redacting some on Defendants' claims of privilege. Defendants did not produce logs on a rolling basis as required by the ESI Order. *See* ECF No. 145 at § 19. Nor did you provide any timetable for completing the review and production prior to sending us your inserts for the Joint Submission.  We will not litigate the balance of your email here.

Lead Plaintiff reserves all rights.

Sincerely,

-Alex


**From:** Brenc, William Z. <William.Brenc@wilmerhale.com>
**Sent:** Wednesday, August 2, 2023 1:38 PM
**To:** Alexander Burns <Alexander.Burns@ksfcounsel.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kaplan-Marans, Tamar <Tamar.Kaplan-Marans@wilmerhale.com>; Panchenko, Ivan <Ivan.Panchenko@wilmerhale.com>; Donoghue, Rob <Robert.Donoghue@wilmerhale.com>; Maciel, Sarah E. <Sarah.Maciel@wilmerhale.com>
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; James Fetter <James.Fetter@ksfcounsel.com>; Alexandra Pratt <Alexandra.Pratt@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Subject:** [EXTERNAL] RE: VLDR - Seeking Stipulation to File Administrative Motion

Counsel,

This responds to your email of August 1, 2023 regarding a proposed administrative motion to submit a copy of the Joele Frank privilege log to the Court.

At the outset, we note that your conclusory (and inaccurate) assertion that the privilege log fails "to support[] a valid claim of privilege" is unsupported by any facts or explanation.  If Plaintiff legitimately has concerns about the privilege

1

log, we are available for a meet and confer session to discuss those issues.  To facilitate any such discussion, we would appreciate it if you could provide us in advance with an explanation of Plaintiff's issues or concerns.  Until and unless the parties have met and conferred in good faith and determined that there is some dispute that requires the Court's intervention, there is no basis for burdening the Court with the privilege log.

The cryptic rationale offered for sending the detailed Joele Frank privilege log to the Court – that it somehow "vitiates the arguments Defendants raised in the Joint Submission concerning ripeness" – raises far more questions than it answers.  If you would provide some explanation for why Plaintiff believes submission of the log is relevant to the matters already submitted to the Court, or why it would be proper for Plaintiff to supplement the record after having rushed to present the Joele Frank issue to the Court before it was ripe, we are certainly willing to consider those positions and get back to you.

Finally, we note that Section 3 of Judge Illston's Standing Order plainly contemplates that discovery disputes will be decided without burdening the Court with extraneous documents or exhibits.  ("Absent an order of this Court, parties shall not file affidavits or exhibits, other than copies of the written requests for discovery and the answers or objections thereto.")  In other words, contrary to Plaintiff's ostensible justification, even if the privilege log had been completed before the parties' joint submission, submission of the privilege log would not have been proper.  We would appreciate it if you could explain why Plaintiff's proposed administrative motion does not run afoul of the Standing Order in this regard as well.

We look forward to hearing from you.

Best, Willie


**William Brenc | WilmerHale**
One Front Street, Suite 3500
San Francisco, CA 94111 USA
+1 628 235 1027 (t)
+1 628 235 1001 (f)
william.brenc@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Alexander Burns <Alexander.Burns@ksfcounsel.com>
**Sent:** Tuesday, August 1, 2023 1:26 PM
**To:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Brenc, William Z. <William.Brenc@wilmerhale.com>; Kaplan-Marans, Tamar <Tamar.Kaplan-Marans@wilmerhale.com>; Panchenko, Ivan <Ivan.Panchenko@wilmerhale.com>; Donoghue, Rob <Robert.Donoghue@wilmerhale.com>; Maciel, Sarah E. <Sarah.Maciel@wilmerhale.com>
**Cc:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; James Fetter <James.Fetter@ksfcounsel.com>; Alexandra Pratt <Alexandra.Pratt@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Subject:** VLDR - Seeking Stipulation to File Administrative Motion

**EXTERNAL SENDER**

Dear Counsel –

We received your July, 31, 2023 privilege log listing 674 documents which Defendants and Joele Frank have, we believe, improperly withheld.  We do not concede that the log supports a valid claim of privilege here.  Pursuant to Local Rule 7-11 and 7-12, we intend to prepare and file an administrative motion for leave to offer the log as a supplemental exhibit to our July 19, 2023 Joint Submission.  It is our position that the privilege log vitiates the arguments Defendants raised in the Joint Submission concerning ripeness. *See* ECF No. 196 at 11-12.

Please confirm whether Defendants will stipulate to our motion to seek the Court's leave no later than 12:00 PM Pacific Time tomorrow.

Regards,

-Alex

**Alexander L. Burns**
*Associate Attorney, Certified Public Accountant*
*Licensed in Louisiana*



KAHN SWICK & FOTI, LLC

1100 Poydras St., Suite 960
New Orleans, Louisiana 70163
(504) 648-1848 Direct
https://ksfcounsel.com

* Kahn Swick & Foti, LLC · New Orleans · New York · Chicago · New Jersey — Kahn Swick & Foti, LLP · San Francisco

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.