UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, District Judge

MORADPOUR,                          ) No. C 21-01486-SI
                                    )
      Plaintiff,                    )
                                    )
v.                                  )
                                    )
VELODYNE LIDAR, INC., et al.,       )
                                    )
            Defendants.             )
_____)

                                    San Francisco, California
                                    Friday, July 28, 2023

TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
            RECORDING 12:32 - 12:40 = 8 MINUTES

APPEARANCES:

For Plaintiff:
                        Kahn, Swick & Foti, LLC
                        1100 Poydras Street, Suite 960
                        New Orleans, California 70163
                   BY:  RAMZI ABADOU, ESQ.

For Defendants:
                        Wilmer, Cutler, Pickering,
                          Hale & Door
                        1 Front Street, Suite 3500
                        San Francisco, California
                          94111
                   BY:  KEVIN P. MUCK, ESQ.
                        WILLIAM Z. BRENC, ESQ.

2

Transcribed by:                    Echo Reporting, Inc.
                                   Contracted Court Reporter/
                                   Transcriber
                                   echoreporting@yahoo.com

3

Friday, July 28, 2023                                    12:32 p.m.

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  Now calling civil matter 21-CV-1486, Moradpour versus Velodyne Lidar Incorporated, et al.

Counsel, please state your appearances for the record, starting with Plaintiff.

MR. ABADOU (via Zoom):  Ramzi Abadou for the Plaintiff and class representative.  Good afternoon, your Honor.

MR. MUCK (via Zoom):  Good afternoon, your Honor.  Kevin Muck of Wilmer Hale for the Defendants.

THE CLERK:  Judge, you're muted.

THE COURT:  Good afternoon.

MR. BRENC (via Zoom):  Good afternoon, your Honor.  William Brenc, also of Wilmer Hale and for Defendants.

THE COURT:  Good afternoon.  I've read your statement.  There are a couple of discovery issues pending.  I'm going to get to you on them today or next week, so you'll have a response on those.  You're working on things and Plaintiff reserves its rights.

Interrogatory number eight, about the advice of counsel.  I tend to agree with Defendants that there's no requirement that they make up their minds yet, and I just simply order that as soon as you do make up your minds,

4

Defendants, that you let Plaintiff know.

Future discovery.  I'll -- I'll raise the number of depositions to 15 for now.  Mr. Abadou, if you find that's not adequate, either talk to Mr. Muck or come back to me and we'll figure out if something else needs to be done.  But I think that's a good start.

MR. ABADOU:  Okay.

THE COURT:  And evidently three -- three additional interrogs were -- were agreed upon by the parties for lead Plaintiff.  That's fine with me.

You've got a mediator -- you've got a mediator, Jed Melnick, and you're working on getting that set before the end of the year.  That's fine.

So, we don't have any deadlines after the class hearing; is that right?

MR. ABADOU:  That's correct, your Honor.

THE COURT:  And so you'd like to set some now.  That's -- that's fine.  Let's see what you've got.  And Esther, this is at page eight of their statement.  My one observation is that this is leisurely in the extremely, you want another year before fact discovery cuts off; is that necessary?

MR. ABADOU:  We think it's necessary, your Honor.  It's a complex case.  Obviously, Defendants had no objection to that.  You know, I think we're going to be excess of 15

depositions.  We don't have a firm idea yet when document discovery is going to be completed.  So, in my experience, and I think perhaps Mr. Muck has that same experience, the parties oftentimes come back to the court later in the case and ask for extra time.  So I think we've just built it in now to address it sooner than later.

THE COURT:  Okay.  Well -- I've got to switch to my 2024 calendars here.  All right.  I will adopt the dates you've given, which would mean that the replies are dispositive motions would be due May 19th, 20 -- 2025.  So let's set the hearings on those motions for June 6th, 2025 and then let's set the trial for --

THE CLERK:  Judge, you're muted again.

THE COURT:  On purpose.  Okay.  I apologize.  I said, how about August 4th, 2025?

MR. ABADOU:  That sounds fine, your Honor.

THE COURT:  Okay.

MR. MUCK:  Same here, your Honor.

THE COURT:  So then the -- okay, so the trial would be 8/4/05 (sic), the pretrial conference would be July 22nd.  The pretrial paperwork would be July 8; do those dates all work?

MR. ABADOU:  Yes, your Honor.

MR. MUCK:  Yes, your Honor.

THE COURT:  Okay.  Well that's what we'll do.  As

6

I say, I'll get the discovery orders to you in -- in a couple of days.  Let's set a further status, just to see how things are going on this multi-year case.  How about a further status in November -- November 17th?

MR. MUCK:  That works for Defendants, your Honor.

MR. ABADOU:  That's fine with Plaintiffs too, your Honor.

THE COURT:  Okay.  So we'll check in that date and just see how things are going.  I'd like a joint statement a week prior that tells me what's going on, that tells me when -- by then you have it -- the date for mediation is, and any other issues you want to raise.  Okay?

MR. MUCK:  Okay, thank you, your Honor.

MR. ABADOU:  Thank you, your Honor.

THE COURT:  All right.  Thank you, all.

(Proceedings adjourned at 12:40 p.m.)

7

CERTIFICATE OF TRANSCRIBER


     I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

     I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.


          Echo Reporting, Inc., Transcriber

               Saturday, August 26, 2023