**Pages 1 - 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, Judge

MEYSAM MORADPOUR, et al.,       )
                                )
          Plaintiffs,           )
                                )
   VS.                          )     **NO. C 21-01486 SI**
                                )
VELODYNE LIDAR, INC., et al.,   )
                                )
          Defendants.           )
                                )

                         San Francisco, California
                         Friday, July 14, 2023

          **TRANSCRIPT OF VIDEOCONFERENCE PROCEEDINGS**

**APPEARANCES**:  (via videoconference)

For Plaintiff:
                    KAHN SWICK & FOTI, LLP
                    1100 Poydras Street - Suite 960
                    New Orleans, LA  70163
                BY: **RAMZI ABADOU, ATTORNEY AT LAW**
                    **ALEXANDER BURNS, ATTORNEY AT LAW**

For Defendant:
                    WILMER CUTLER PICKERING HALE AND DORR
                    One Front Street - Suite 3500
                    San Francisco, California  94111
                BY: **KEVIN P. MUCK, ATTORNEY AT LAW**
                    **SUSAN S. MUCK, ATTORNEY AT LAW**
                    **TAMAR KAPLAN-MARANS, ATTORNEY AT LAW**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

**Friday - July 14, 2023**                                    **10:07 a.m.**

                         **P R O C E E D I N G S**

                               **---oOo---**

        **THE CLERK:**  Now calling civil matter 21-CV-1486, Moradpour versus Velodyne Lidar Incorporated, et al.

     Counsel, please state your appearances for the record starting with Plaintiffs.

        **MR. ABADOU:**  Good morning, Your Honor, Ramzi Abadou from Kahn Swick & Foti on behalf of the Plaintiffs.  I have with me my colleague, Alexander Burns, who I think is going to be dropping on video momentarily.  Good morning.

        **THE COURT:**  Good morning.

        **MR. MUCK:**  Good morning, Your Honor, Kevin Muck of Wilmer Hale for the Defendants.

        **THE COURT:**  Good morning.

        **MS. MUCK:**  Good morning, Your Honor, Susan Muck of Wilmer Hale for Defendants.

        **THE COURT:**  Good morning.

        **MS. KAPLAN-MARANS:**  Good morning, Your Honor, Tamar Kaplan-Marans from Wilmer Hale also for the Defendants.

        **THE COURT:**  Good morning.  Is that everybody?

                         (No response.)

        **THE COURT:**  Good morning to all of you.  This is the time we set for hearing on the Plaintiffs' motion for class certification.  There is no opposition to that; is that

correct?

**MR. ABADOU:** That's correct, Your Honor.

**THE COURT:** Okay. Well, I'm going to grant your motion and I am going to define the class as you have requested. I think that's appropriate.

Um, so my question is when should we have a status conference to such schedule for the balance of the case?

**MR. ABADOU:** Your Honor, I'm happy to confer with Mr. Muck on a convenient date or take the Court's lead on whatever is convenient. I think the sooner the better.

**THE COURT:** Hang on one second.

(Pause in proceedings.)

**THE COURT:** If we can do it next week -- I apologize, not next week. If we can do it the week of July 24th, somewhere in there would be fine. Otherwise, I'm going for a couple of weeks after that. So how does the week of July 24th look?

**MR. ABADOU:** Kevin, that looks okay on my end. I don't know about you. I think I'm relatively open. I can make myself available certainly during that week.

**MR. MUCK:** I am unavailable on Monday or Tuesday of that week but I'm available thereafter.

**THE COURT:** Esther?

**THE CLERK:** Judge --

**THE COURT:** You've got a big echo.

**THE CLERK:** Let me try that again. This would just be a status conference?

**THE COURT:** Yeah, we need to set a schedule for the balance of the case.

**THE CLERK:** Friday, July 28th, 3:00 P.M.

**THE COURT:** Does that work?

**MR. ABADOU:** 7/28 at 3:00 p.m. That works for Plaintiffs, Your Honor.

**THE COURT:** Okay. Mr. Muck?

**MR. MUCK:** Yes, Your Honor, that should be fine.

**THE COURT:** Good. All right. Well, let's do that. And between now and then, speak with each other. It doesn't have to be a full week in advance but prior to the status conference if you could give me a joint statement that tells me what you are looking at, and I will try to accommodate you. Okay.

**MR. ABADOU:** Sounds good, Your Honor. Thank you.

**MR. MUCK:** Thank you, Your Honor.

**THE COURT:** All right.

**MR. ABADOU:** All right. Talk to you soon, Kevin.

**MR. MUCK:** All right. Thank you.

(Proceedings adjourned at 10:10 a.m.)

---oOo---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    September 12, 2023

_____

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter