Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Class Counsel and Counsel for
Class Representative, Diane Smith*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | **CLASS REPRESENTATIVE DIANE SMITH'S NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| v. | ) | |
| | ) | |
| VELODYNE LIDAR, INC., et al., | ) | |
| | ) | **CLASS ACTION** |
| Defendants. | ) | |
| | ) | Judge:     Hon. Susan Illston |
| | ) | Date:      April 19, 2024 |
| | ) | Time:      10:00 a.m. |
| | ) | Courtroom: 1 – 17th Floor |

NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

CASE NO. 3:21-CV-01486-SI

Lead Plaintiff and Class Representative Diane Smith respectfully submits this Notice of Non-Opposition in further support of her Motion for Preliminary Approval of Proposed Class Action Settlement ("Motion") filed on March 13, 2024. ECF No. 220. In accordance with this District's Local Rules, any opposition to the Motion was due on March 27, 2024. The deadline has now passed and no opposition to the Motion was filed. Accordingly, the Motion is unopposed.

Dated: March 29, 2024

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:    *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(admitted *pro hac vice*)
James T. Fetter
(admitted *pro hac vice*)
Alexandra Pratt
(admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

*Class Counsel and Counsel for*
*Class Representative, Diane Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ramzi Abadou*
RAMZI ABADOU

NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT    2    CASE NO. 3:21-CV-01486-SI