KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILLIAM Z. BRENC (SBN 318544)
william.brenc@wilmerhale.com
NOAH S. GUINEY (SBN 324079)
Noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000

TAMAR KAPLAN-MARANS (admitted *pro hac vice*)
tamar.kaplan-marans@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

JOSHUA A. VITTOR (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

*Attorneys for Defendants Velodyne Lidar, Inc., Anand Gopalan, Andrew Hamer, James A. Graf, and Michael Dee*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYSAM MORADPOUR, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>VELODYNE LIDAR, INC., ANAND GOPALAN, ANDREW HAMER, JAMES A. GRAF, and MICHAEL DEE,<br><br>                              Defendants. | Case No.  3:21-CV-01486-SI<br><br>**DECLARATION OF NOAH S. GUINEY REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005**<br><br><u>Preliminary Approval Hearing</u><br>Date:   April 19, 2024<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br>Judge: The Honorable Susan Illston |

DECL. RE: CAFA COMPLIANCE                                                CASE NO. 3:21-cv-01486-SI

I, Noah S. Guiney, hereby declare as follows:

1.    I am an attorney admitted to practice before this Court, a member of the California Bar, and a Senior Associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants in this action.   I have personal knowledge of the matters set forth herein and, if called upon, could testify competently to such matters.

2.    Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b), Defendants served notice of the settlement agreement in the above-captioned action (the "Notice") on appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states.  Service of the Notice on all such officials was made on March 21, 2024, within ten (10) days of the date that the proposed settlement was filed with this Court on March 13, 2024.  ECF No. 220.  The Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)-(8).

3.    A true and accurate copy of the Notice (without enclosures) is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on April 11, 2024, at San Francisco, California.

*/s/ Noah S. Guiney*
Noah S. Guiney