# Exhibit A

WILMERHALE

March 21, 2024

**Kevin P. Muck**

+1 628 235 1029 (t)
+1 628 235 1001 (f)
kevin.muck@wilmerhale.com

**<u>By Overnight Delivery</u>**

The United States Attorney General and
All State and Territory Attorneys General
Identified on the Attached Service List

Re:  **Notice Under the Class Action Fairness Act Concerning Settlement of Litigation:** *Moradpour et al. v. Velodyne Lidar, Inc., et al..***, United States District Court for the Northern District of California, Civil Action No. 3:21-CV-01486-SI**

Dear Sir or Madam:

        We represent Defendants Velodyne Lidar, Inc. Anand Gopalan, Andrew Hamer, James A. Graf, and Michael Dee in the above-referenced matter (the "Action").  We write on behalf of Defendants to notify you of the proposed settlement in the Action pursuant to the procedures specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

        Please find enclosed a CD containing the following documents in ".pdf" format as required by the Class Action Fairness Act:

1.  The original Complaint for Violations of the Federal Securities Laws, filed March 2, 2021;

2.  The Consolidated Amended Complaint for Violations of the Federal Securities Laws, filed February 11, 2022;

3.  Lead Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed Class Action Settlement filed March 13, 2024 setting deadlines for the dissemination of notice, submission of proof of claim and request for exclusion of objections, the filing of Plaintiffs' motion for final approval of the Settlement and Lead Counsel's application for attorneys' fees and expenses, plan of allocation;

4.  The Stipulation of Settlement, including  (i) a proposed order granting preliminary approval of settlement; (ii) notice of appointment of Epiq Class Action and Claims Solutions, Inc. as Claims Administrator, (iii) proposed notice to class members; (iv) proof of claim and release; and (v) proposed final judgment.

5.  A Declaration from Counsel for Lead Plaintiff Ramzi Amadou, esq., in support of the above-referenced Unopposed Motion for Preliminary Approval authenticating (i) the Stipulation of Settlement; (ii) firm resume for Lead Plaintiff's counsel Kahn, Swick, &

Wilmer Cutler Pickering Hale and Dorr LLP, One Front Street, Suite 3500, San Francisco, CA 94111

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

March 21, 2024
Page 2

WilmerHale

Foti, LLC; and (iii) a declaration from Epiq Class Action and Claims Solution, Inc., providing their relevant experience and qualifications.

6. The confidential Supplemental Agreement, as described in Section 8.4 of the Stipulation of Settlement.

Items 1-5 referenced above, as well as all other filings in the Action, may be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov/.

The District Court has set Plaintiffs' motion for preliminary approval of settlement for a hearing on April 19, 2024. The District Court has not yet set a date for a final approval hearing and has not issued a final judgment or notice of dismissal concerning the proposed settlement or the Action.

At this time, Defendants do not know and cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B). The names and state residences of the class members in the Action will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

The foregoing information is provided based on information currently available to Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification.

Should you have any questions regarding this notice, the Action, or any of the enclosed documents, please feel free to contact counsel for Defendants directly:

Kevin P. Muck, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1 Front Street, San Francisco, CA 94111
E-mail: kevin.muck@wilmerhale.com
Tel.: (628) 235-1029

March 21, 2024
Page 3

Sincerely,

*/s/ Kevin P. Muck*
Kevin P. Muck

Enclosures

cc: Counsel for Plaintiff (by email w/o enclosures)

**S**ERVICE **L**IST

| U.S. ATTORNEY GENERAL |
|---|
| Hon. Merrick B. Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530-0001 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Alabama**<br>Hon. Steve Marshall<br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36104 | **Alaska**<br>Hon. Treg R. Taylor<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501 |
| **Arizona**<br>Hon. Kris Mayes<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 | **Arkansas**<br>Hon. Tim Griffin<br>Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 |
| **California**<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | **Colorado**<br>Hon. Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| **Connecticut**<br>Hon. William Tong<br>Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>AG.CAFA@CT.GOV | **Delaware**<br>Hon. Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| **District of Columbia**<br>Hon. Brian Schwalb<br>District of Columbia Attorney General<br>400 6th Street NW<br>Washington, D.C. 20001 | **Florida**<br>Hon. Ashley Moody<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Georgia**<br>Hon. Christopher M. Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | **Hawaii**<br>Hon. Anne E. Lopez<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Idaho**<br>Hon. Raul R. Labrador<br>Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, ID 83720-0010 | **Illinois**<br>Hon. Kwame Raoul<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 |
| **Indiana**<br>Hon. Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46204 | **Iowa**<br>Hon. Brenna Bird<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines IA 50319 |
| **Kansas**<br>Hon. Kris W. Kobach<br>Kansas Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612 | **Kentucky**<br>Hon. Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |
| **Louisiana**<br>Hon. Liz Murrill Louisiana Attorney General<br>Post Office Box 94005<br>Baton Rouge, LA 70804 | **Maine**<br>Hon. Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| **Maryland**<br>Hon. Anthony G. Brown<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | **Massachusetts**<br>Office of Massachusetts Attorney General Andrea Joy Campbell<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| **Michigan**<br>Hon. Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 West Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 | **Minnesota**<br>Hon. Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |

2

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Mississippi**<br>Hon. Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | **Missouri**<br>Hon. Andrew Bailey<br>Missouri Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| **Montana**<br>Hon. Austin Knudsen<br>Montana Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>Helena, MT 59601 | **Nebraska**<br>Hon. Mike Hilgers<br>Nebraska Attorney General<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 |
| **Nevada**<br>Hon. Aaron D. Ford<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | **New Hampshire**<br>Hon. John Formella<br>Office of the Attorney General<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| **New Jersey**<br>Hon. Matthew J. Platkin<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625 | **New Mexico**<br>Hon. Raul Torrez<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| **New York**<br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | **North Carolina**<br>Hon. Josh Stein<br>Attorney General's Office<br>North Carolina Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| **North Dakota**<br>Hon. Drew H. Wrigley<br>North Dakota Attorney General<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040 | **Ohio**<br>Hon. Dave Yost<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| **Oklahoma**<br>Hon. Gentner Drummond<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | **Oregon**<br>Hon. Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Pennsylvania**<br>Hon. Michelle Henry<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Puerto Rico**<br>Hon. Domingo Emanuelli Hernández<br>Departamento de Justicia, Oficina de la Secretaria<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |
| **Rhode Island**<br>Hon. Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 | **South Carolina**<br>Hon. Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, S.C. 29211 |
| **South Dakota**<br>Hon. Marty Jackley<br>Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | **Tennessee**<br>Hon. Jonathan Skrmetti<br>Attorney General of the State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| **Texas**<br>Hon. Ken Paxton<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | **Utah**<br>Hon. Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| **Vermont**<br>Hon. Charity R. Clark<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 | **Virginia**<br>Hon. Jason S. Miyares<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| **Washington**<br>Hon. Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 | **West Virginia**<br>Hon. Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 |
| **Wisconsin**<br>Hon. Josh Kaul<br>Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | **Wyoming**<br>Hon. Bridget Hill<br>Office of the Attorney General<br>Civil Division<br>Pioneer Building, 3rd Floor<br>2424 Pioneer Avenue<br>Cheyenne, WY  82002 |

4

5

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **American Samoa**<br>Hon. Fainu'ulelei Alailima-Utu<br>Attorney General of American Samoa<br><br>Department of Legal Affairs<br>Executive Office Bldg., 3rd Floor<br>P.O. Box 7<br>Utulei, American Samoa 96799 | **Guam**<br>Hon. Douglas B. Moylan<br>Office of the Attorney General Guam<br>ITC Building<br>590 S. Marine Corps Drive, Suite 706<br>Tamuning, Guam 96913 |
| **Northern Mariana Islands**<br>Hon. Edwards Manibusan<br>Office of the Attorney General<br>Commonwealth of the Northern Mariana Islands<br>P.O. Box 10007<br>Saipan, MP 96950 | **Virgin Islands**<br>Hon. Carol Thomas-Jacobs<br>Acting Attorney General – Department of Justice<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |