UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


MEYSAM MORADPOUR, ET AL.,          )  C-21-01480 SI
                                   )
                   PLAINTIFFS,     )  SAN FRANCISCO, CALIFORNIA
                                   )
              VS.                  )  APRIL 19, 2024
                                   )
VELODYNE LIDAR, INC., ET AL.,      )  PAGES 1-7
                                   )
                   DEFENDANTS.     )
_____   )


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SUSAN ILLSTON
                 UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFFS:     KAHN SWICK & FOTI, LLP
                        BY:  RAMZI ABADOU
                        580 CALIFORNIA STREET, SUITE 1200
                        SAN FRANCISCO, CALIFORNIA  94104

                        BY:  ALEXANDER L. BURNS
                             JAMES T. FETTER
                        1100 POYDRAS STREET, SUITE 960
                        NEW ORLEANS, LOUISIANA  70163

FOR THE DEFENDANTS:     WILMER CUTLER PICKERING HALE & DORR
                        BY:  KEVIN P. MUCK
                             WILLIAM Z. BRENC
                        1 FRONT STREET, SUITE 3500
                        SAN FRANCISCO, CALIFORNIA  94111


REMOTE REPORTED BY:     LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

SAN FRANCISCO, CALIFORNIA                    APRIL 19, 2024

P R O C E E D I N G S

(COURT CONVENED AT 10:00 A.M.)

THE CLERK:  AUDIENCE AND COUNSEL, IF YOU CAN -- ALL RIGHT.  AUDIENCE AND COUNSEL, THIS IS A JUST A REMINDER THAT THESE PROCEEDINGS ARE BEING RECORDED BY THE COURT.  ANY ADDITIONAL RECORDING IS STRICTLY PROHIBITED.

NOW CALLING CASE NUMBER 21-CV-1486, MORADPOUR VERSUS VELODYNE LIDAR INCORPORATED.

COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE RECORD, STARTING WITH PLAINTIFF.

MR. ABADOU:  GOOD MORNING, YOUR HONOR.

RAMZI ABADOU FOR THE PLAINTIFF AND CLASS REPRESENTATIVE, DIANE SMITH.  I HAVE WITH ME TODAY ALEXANDER BURNS AND JAMES FETTER, WHO HELPED WORK ON THIS CASE.

THE COURT:  GOOD MORNING.

MR. MUCK:  GOOD MORNING, YOUR HONOR.

KEVIN MUCK AND WILLIAM BRENC FROM THE WILMER, HALE FIRM FOR THE DEFENDANTS.

THE COURT:  GOOD MORNING.

MR. MUCK:  GOOD MORNING.

THE COURT:  THIS IS THE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT.

I HAVE A COUPLE OF QUESTIONS, BUT FIRST, BEFORE I FORGET TO SAY IT, I WANTED TO COMMEND YOU ON THE MOTION AND THE

PRESENTATION.  IT'S IN COMPLIANCE WITH ALL OF OUR LOCAL RULES.  IT'S VERY CLEAR.  THE CLASS NOTICE IS LONG, BUT IT'S IN INTELLIGIBLE ENGLISH AND EASY TO FOLLOW.

SO I THINK YOU'VE ALL DONE A VERY FINE JOB ON THAT PART OF IT AND I COMMEND YOU.

MR. ABADOU:  THANK YOU, YOUR HONOR.

THE COURT:  MY QUESTION IS THE PAYMENT TO LEAD PLAINTIFF OF $20,000 --

MR. ABADOU:  YES, YOUR HONOR.

THE COURT:  -- FIRST OFF, IS THAT TOO MUCH UNDER THE CURRENT RULINGS OF OUR CIRCUIT?

MR. ABADOU:  I DON'T THINK SO, YOUR HONOR.  AS YOU'LL RECALL, WE HAD INITIALLY TWO LEAD PLAINTIFFS, AND MR. SMITH ULTIMATELY WITHDREW DUE TO HIS QUADRIPLEGIA AND THE DIFFICULTY HE HAD IN TESTIFYING.  HE DID SIT FOR THE DEPOSITION AND PREPARED FOR IT.

MRS. SMITH AS WELL SPENT A CONSIDERABLE AMOUNT OF TIME IN THIS CASE, AND I THINK FINAL APPROVAL WILL JUSTIFY THE AWARD OF REIMBURSEMENT OF EXPENSES AND TIME TO BOTH OF THEM.  IT WOULD BE 10,000 EACH.

I CAN TELL YOU THIS ABOUT MRS. SMITH, AND I KNOW YOU HAVE HER DEPOSITION TRANSCRIPT FROM CLASS CERTIFICATION, SHE WAS AN INCREDIBLE LEAD PLAINTIFF IN THIS CASE AND MONITORED COUNSEL CONSISTENT WITH CONGRESS'S DESIGN OF THE PSLRA.

AND SO, YOU KNOW, THE LAW ON THIS VARIES.  THERE ARE

COURTS WHO TAKE THE VIEW THAT PERHAPS 10,000 FOR EACH WOULD BE EXCESSIVE, AND THERE ARE OTHER COURTS WHO WOULD SAY IT'S PROBABLY TOO LITTLE IN THE NINTH CIRCUIT.

AND SO THAT'S SOMETHING THAT WE WILL BRIEF IN DETAIL TO PERSUADE THE COURT TO AWARD THE $20,000.  AND ULTIMATELY, OF COURSE, YOUR HONOR, IT WILL BE YOUR DECISION WHETHER TO APPROVE THAT OR WHETHER TO DECREASE IT BY SOME AMOUNT THE COURT FINDS FAIR, REASONABLE, AND ADEQUATE.

THE COURT:  ALL RIGHT.  WELL, THAT'S GOOD.  I WANTED TO RAISE IT NOW SO THAT YOU'D BE SURE TO DO THAT THEN.

AND WHERE DOES THAT MONEY COME FROM?  DOES IT COME FROM YOUR FEES AND COSTS, OR DOES IT COME FROM THE SETTLEMENT?

MR. ABADOU:  IT COMES FROM THE FUND.

THE COURT:  OKAY.  IS THERE SECRECY ABOUT THE PERCENTAGE OF THE TIP OVER PERCENTAGE?

MR. ABADOU:  WE HAVE A SUPPLEMENTAL AGREEMENT THAT WE EXECUTED WITH COUNSEL FOR DEFENDANTS.  WE HAVE NOT PUBLICLY FILED THAT FOR OBVIOUS REASONS.  IF THE COURT WOULD LIKE US TO SUBMIT IT, WE'RE HAPPY TO DO THAT UNDER SEAL OR LODGE IT WITH THE COURT SOMEHOW.

THE COURT:  WHAT WE CAN DO IS THIS:  I DON'T FEEL THE NEED FOR THAT NOW, BUT SHOULD IT BECOME OPERATIVE IN SOME WAY, I WILL.

MR. ABADOU:  CERTAINLY, YOUR HONOR.

THE COURT:  ALL RIGHT.  OTHER THAN THAT, I HAVE

REALLY NOTHING TO, TO ASK.

IS THERE ANYTHING YOU WANTED TO SAY BEFORE WE PROCEED?

MR. ABADOU:  I THINK THE ONLY, LIKE, MINISTERIAL ISSUE IS TO SET A DATE FOR THE FINAL APPROVAL HEARING.  THAT'S THE ONE BLANK, YOUR HONOR, YOU'LL SEE IN THE PRELIMINARY APPROVAL ORDER.

YOU KNOW, COURTS TAKE DIFFERENT APPROACHES ON HOW LONG THEY WANT IN BETWEEN PRELIMINARY APPROVAL AND FINAL APPROVAL.

WE LOOKED AT THE COURT'S CALENDAR THIS MORNING, AND I THINK THERE WERE A COUPLE OF DATES IN JULY, I THINK IT WAS JULY 18TH WAS OPEN, SO THAT'S A POSSIBILITY.

BUT IF THE COURT WANTED TO DO THE FINAL APPROVAL HEARING IN AUGUST, DEPENDING ON MR. MUCK'S AVAILABILITY AS WELL, YOU KNOW, WE'RE OPEN TO DISCUSSING DATES.

BUT THAT'S REALLY THE ONLY MINISTERIAL ISSUE.

THE COURT:  OKAY.  LET ME RUN AND GET MY CALENDAR. I'LL BE RIGHT BACK.

MR. ABADOU:  OKAY.

AND LET ME KNOW, KEVIN, WHAT DATES DO AND DON'T WORK. WE'RE PRETTY OPEN.  BASICALLY ANY TIME -- I THINK THE COURT HAS GOT JULY 11TH AND 18TH, AND I THINK AUGUST WAS OPEN AS WELL.

BUT I KNOW PEOPLE ARE TAKING THEIR SUMMER VACATIONS AND STUFF, SO --

MR. MUCK:  YEAH, THE 11TH AND 18TH --

THE CLERK:  WE DO HEARINGS ON FRIDAYS, SO IT WOULD BE

THE 12TH OR THE 19TH.

MR. ABADOU:  OKAY.

MR. MUCK:  AND I DO UNFORTUNATELY HAVE CONFLICTS ON BOTH OF THOSE DATES.

BUT THE FRIDAYS -- FRIDAYS IN AUGUST ARE GENERALLY CLEAR ON MY CALENDAR.

MR. ABADOU:  OKAY.

THE COURT:  WHAT'S THE -- HOW MUCH TIME DO WE NEED TO LET ELAPSE IN ORDER FOR THE THINGS IN THE SETTLEMENT TO BE COMPLETED?

MR. ABADOU:  I WOULD SAY APPROXIMATELY 75 DAYS TO 90 DAYS, YOUR HONOR.  THAT'S USUALLY THE NORM.

THE COURT:  SO THE SOONEST WE COULD DO IT WOULD BE?

MR. ABADOU:  I THINK SOMETIME IN AUGUST, IN EARLY TO MID-AUGUST.

THE COURT:  SO WE COULDN'T DO IT IN JULY ANYWAY?  IS THAT WHAT YOU'RE SAYING?

MR. ABADOU:  WE COULD, BUT MR. MUCK ISN'T AVAILABLE ON THE DATES THAT YOU HAVE OPEN.

THE COURT:  ALL RIGHT.  WELL, I COULD DO IT -- ESTHER, WE COULD DO IT AUGUST 16TH; RIGHT?

MR. ABADOU:  THAT IS FINE FOR PLAINTIFFS.

THE CLERK:  YES, YOUR HONOR.

THE COURT:  MR. MUCK, THAT'S OKAY?

MR. MUCK:  THAT'S FINE, YOUR HONOR.

THE COURT:  ALL RIGHT.  LET'S SET IT THEN.  THAT WILL FILL IN THE BLANK, AUGUST 16TH AT 10:00 A.M.

SO WHAT I'D LIKE YOU TO DO, MR. ABADOU, IS FILE ANOTHER PROPOSED ORDER WITH THAT DATE IN IT.

WHERE DOES IT GO IN THE ORDER?

MR. ABADOU:  IT IS -- LET ME SEE.  THERE'S A BLANK -- JUST BEAR WITH ME ONE SECOND.

THE COURT:  OH, PAGE 4?

MR. ABADOU:  LET ME SEE.  YES.

THE COURT:  OKAY.  SO IT WOULD BE 8/16 AT 10:00 A.M.  BUT IF YOU WOULD SUBMIT THIS AGAIN WITH THE DATE FILLED IN, I'LL SIGN IT AND FILE IT.

MR. ABADOU:  WONDERFUL, YOUR HONOR.  WE'LL EMAIL IT TO CHAMBERS AS SOON AS WE GET OFF THE CALL.

THE COURT:  ALL RIGHT.  ANYTHING ELSE FOR TODAY?

MR. ABADOU:  THAT'S ALL I HAVE.  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.  THANK YOU ALL.

MR. MUCK:  THANK YOU, YOUR HONOR.

MR. ABADOU:  THANK YOU, YOUR HONOR.

(THE PROCEEDINGS WERE CONCLUDED AT 10:07 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  MAY 14, 2024