Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (628) 800-9371
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Class Counsel and Counsel for*
*Class Representative, Diane Smith*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYSAM MORADPOUR, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>VELODYNE LIDAR, INC., et al., )<br><br>Defendants. )<br>_____ ) | Case No. 3:21-CV-01486-SI<br><br>**DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF: (i) CLASS REPRESENTATIVE DIANE SMITH'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (ii) MOTION FOR AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REIMBURSEMENT OF REASONABLE EXPENSES**<br><br>**<u>CLASS ACTION</u>**<br><br>JURY TRIAL DEMANDED |

DECLARATION OF RAMZI ABADOU                                        CASE NO. 3:21-CV-01486-SI

I, Ramzi Abadou, do hereby state, under the penalty of perjury, as follows:

1.    I, Ramzi Abadou, am a partner of the law firm Kahn Swick & Foti, LLP ("KSF" or "Lead Counsel") and represent the Court-appointed Lead Plaintiff and Class Representative, Diane Smith (hereinafter "Lead Plaintiff"), in this consolidated securities class action lawsuit (the "Action").

2.    I have been actively involved in prosecuting the above-captioned action (the "Action") since 2022. I am familiar with all its proceedings and have personal knowledge of the matters set forth herein based upon my supervision of, and participation in, all material aspects of the Action.

3.    Since the Settlement Fund was paid into an interest-bearing escrow account on May 20, 2024, it has earned approximately $53,000 in interest.

4.    Two objections and five requests for exclusion have been received.

5.    Lead Counsel also contacted the Court appointed Claims Administrator, Epiq Class Action and Claims Solutions, Inc., who confirmed that they have not received any additional objections or requests for exclusion except as set forth in ¶ 4.

6.    Attached hereto as **Exhibit A** is a true and correct copy of a July 26, 2024 email from Elizabeth Bullen to Class Counsel objecting to the language in § V of the claim form.

7.    Attached hereto as **Exhibit B** is a true and correct copy of a July 29, 2024 email from Class Counsel to Elizabeth Bullen offering to discuss her concerns.

8.    Attached hereto as **Exhibit C** is a true and correct copy of a July 31, 2024 email from Class Counsel to Girma Tewolde in response to his objection.

9.    Attached hereto as **Exhibit D** is a true and correct copy of the loss chart of Mr. Tewolde, prepared by Class Counsel.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on Friday, August 9, 2024 in San Francisco, California.

_s/ Ramzi Abadou_
Ramzi Abadou

DECLARATION OF RAMZI ABADOU                    1                    CASE NO. 3:21-CV-01486-SI