# EXHIBIT A

## Ashley Errington

| | |
|---|---|
| **From:** | liz bullen ████████████████ |
| **Sent:** | Friday, July 26, 2024 3:55 PM |
| **To:** | Ramzi Abadou; Ashley Errington |
| **Cc:** | info@velodynesecuritieslitigation.com |
| **Subject:** | [EXTERNAL] Moradpour v. Velodyne Lidar, Inc. Securities Litigation, Case No. 3:21-CV-01486-SI |

 **Caution:** External ████████████████

**First-Time Sender**

 GUARDIAN

Hello,

This message is intended for Lead Counsel and Defendants' Counsel of the Velodyne Lidar Class Action: Moradpour v. Velodyne Lidar, Inc. Securities Litigation, Case No. 3:21-CV-01486-SI, (kindly forward to any responsible party).

I held 90 shares of individual VLDR stock between July 2, 2020 and June 14, 2021 via Vanguard. Purchased on 12/28/20 at $23.32 per share for a total of $2098.80.

I am reaching out to voice my objection to the language in section V of the claim form, entitled "Release" that states, "I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the "Released Defendant Parties...".

Thank you for your consideration.

Best regards,
Elizabeth Bullen

████████████████████
████████████████████
████████████████████

1