# EXHIBIT B

**From:** Ramzi Abadou
**Sent:** Monday, July 29, 2024 1:03 PM
**To:** 'liz bullen' █████████████
**Subject:** RE: [EXTERNAL] Moradpour v. Velodyne Lidar, Inc. Securities Litigation, Case No. 3:21-CV-01486-SI

Hello Ms. Bullen.

Thanks for your email, which I've forwarded to Defense Counsel per your request.  Please let me know if you'd like to discuss your email regarding the release.  Happy to do so at a time that's convenient for you and to answer any questions you may have.  I can be reached at the number below or am glad to call you at a time that works.

All the best –

Ramzi Abadou
Partner
Kahn Swick & Foti, LLP
580 California Street, Suite 1200
San Francisco, CA 94117
415-459-6900
https://www.ksfcounsel.com

* Kahn Swick & Foti, LLC · New Orleans · New York · Chicago · New Jersey — Kahn Swick & Foti, LLP · San Francisco

**From:** liz bullen ████████████████
**Sent:** Friday, July 26, 2024 1:55 PM
**To:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>; Ashley Errington <Ashley.Errington@ksfcounsel.com>
**Cc:** info@velodynesecuritieslitigation.com
**Subject:** [EXTERNAL] Moradpour v. Velodyne Lidar, Inc. Securities Litigation, Case No. 3:21-CV-01486-SI

 **Caution:** External ████████████████

**First-Time Sender**



Hello,

This message is intended for Lead Counsel and Defendants' Counsel of the Velodyne Lidar Class Action: Moradpour v. Velodyne Lidar, Inc. Securities Litigation, Case No. 3:21-CV-01486-SI, (kindly forward to any responsible party).

I held 90 shares of individual VLDR stock between July 2, 2020 and June 14, 2021 via Vanguard. Purchased on 12/28/20 at $23.32 per share for a total of $2098.80.

I am reaching out to voice my objection to the language in section V of the claim form, entitled "Release" that states, "I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the "Released Defendant Parties...".

Thank you for your consideration.

Best regards,
Elizabeth Bullen

2