# EXHIBIT C

**From:** Ramzi Abadou <Ramzi.Abadou@ksfcounsel.com>
**Date:** July 31, 2024 at 8:48:00 AM PDT
**To:** gtewolde@kettering.edu
**Subject: Velodyne Secs. Litig. 21-cv-1486-SI (N.D. Cal.)**

Dear Dr. Tewolde –

We've received your letter regarding your concerns about the Court-ordered claim process for the Velodyne settlement.  The claim deadline is September 11, 2024 – not July 26, 2024.  We are happy to assist you in answering any questions you have about submitting a claim (which we estimate is approximately $70.06 during the Class Period) or you can feel free to do so electronically at https://www.velodynesecuritieslitigation.com/

To the extent the above-linked website does not answer any other questions and/or concerns you may have, please feel free to contact me to discuss the contents of your letter.

All the best –

Ramzi Abadou
Partner
Kahn Swick & Foti, LLP
580 California Street, Suite 1200
San Francisco, CA 94117
415-459-6900
https://www.ksfcounsel.com

* Kahn Swick & Foti, LLC · New Orleans · New York · Chicago · New Jersey — Kahn Swick & Foti, LLP · San Francisco

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.