# EXHIBIT D

**VELODYNE SECURITIES LITIGATION**
**CALCULATION OF LOSSES FOR OBJECTOR DR. G. TEWOLDE**

| | |
|---|---|
| **CLASS PERIOD BEGINS** | 7/2/2020 |
| **CLASS PERIOD ENDS** | 3/17/2021 |
| **90-DAY PERIOD ENDS** | 6/15/2021 |
| **MEAN TRADING PRICE** | $    12.03 |

| PURCHASE DATE | QUANTITY | UNIT PRICE | (COST) |
|---|---|---|---|
| 03/05/2021 | 7 | $    12.85 | $    (89.95) |
| 03/05/2021 | 5 | $    12.88 | $    (64.40) |
| 02/26/2021 | 5 | $    14.76 | $    (73.80) |
| 09/30/2020 | 1 | $    19.86 | $    (19.86) |
| 09/30/2020 | 4 | $    19.17 | $    (76.68) |
| 09/30/2020 | 5 | $    19.50 | $    (97.50) |
| 09/30/2020 | 1 | $    19.30 | $    (19.30) |
| **Total Retained Shares** | **28** | **Total Cost** | **$    (441.49)** |

| | | | | |
|---|---|---|---|---|
| **Mean Trading Price During 90-Day Period:** | $    12.03 | x   28 shares = | **Value of Retained Shares** | $    336.98 |
| | | | **Estimated Loss:** | $    (104.51) |

The foregoing chart was prepared by Kahn Swick & Foti ("Lead Counsel"), based on stock purchase information provided via download link by Dr. Tewolde.  Lead Counsel has assumed that all shares were retained when determining an estimated loss.