**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
| | ) | |
| Plaintiffs, | ) | ***AMENDED* ORDER APPROVING PLAN** |
| | ) | **OF ALLOCATION OF NET SETTLEMENT** |
| v. | ) | **FUND** *correcting signing date* |
| | ) | |
| VELODYNE LIDAR, INC., et al., | ) | **CLASS ACTION** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION

CASE NO. 3:21-CV-01486-SI

This matter came for hearing on August 16, 2024 (the "Settlement Hearing") on Lead Counsel's motion to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement achieved in the above-captioned class action ("Action") should be approved. *See* ECF No. 230. The Court, having considered all papers filed and proceedings conducted herein, and otherwise being fully informed of the matters hereto and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated March 5, 2024 (ECF No. 220-3) ("Stipulation"), and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order and over the subject matter of the Action, Lead Plaintiff, all Class Members, and the Defendants.

3. Notice of Lead Counsel's motion for approval of the proposed Plan of Allocation and of the date of the hearing on such motion was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(7), as amended, and all other applicable law and rules; constituted the best notice practicable under the circumstances; and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Copies of the Notice were mailed to over 227,489 potential Class Members and Nominees. The Notice, which included the Plan of Allocation, was posted on the settlement website and mailed to Nominees as well as Class Members upon request. No objections to the proposed Plan of Allocation were received.

5. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation mailed to Class Members provides a fair and

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION     1     CASE NO. 3:21-CV-01486-SI

reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

7. Any appeal or any challenge affecting this Court's approval regarding any plan of allocation of the Net Settlement Fund shall in no way disturb or affect the finality of the Judgment.

8. Exclusive jurisdiction is hereby retained over the Parties and the Class Members for all matters relating to this Action, including the administration, interpretation, effectuation, or enforcement of the Stipulation and this Order.

9. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED**.

This ___19___ day of ___August___, 2024.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA