**Pages 1 - 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, Judge

| | |
|---|---|
| MEYSAM MORADPOUR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | **NO. 3:21-CV-01486-SI** |
| ) | |
| VELODYNE LIDAR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

San Francisco, California
Friday, August 16, 2024

**TRANSCRIPT OF REMOTE ZOOM PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiffs:

KAHN, SWICK & FOTI, LLP
1100 Poydras Street, Suite 960
New Orleans, LA 70163
BY: **RAMZI ABADOU**
**ALEXANDRA PRATT**
**JAMES T. FETTER**
**ATTORNEYS AT LAW**

For Defendants:

WILMER, CUTLER, PICKERING, HALE & DORR, LLP
One Front Street, Suite 3500
San Francisco, CA 94111
BY: **KEVIN P. MUCK**
**ATTORNEY AT LAW**

REPORTED REMOTELY BY:  Stephen W. Franklin, RMR, CRR, CPE
Official United States Reporter

**Friday - August 15, 2024**                                    **10:34 a.m.**

**P R O C E E D I N G S**

  **THE COURTROOM DEPUTY:**  Now calling civil matter 21-CV-1486, Moradpour versus Velodyne Lidar, Incorporated, et al.  Counsel, please state your appearances for the record starting with plaintiff.

  **MR. ABADOU:**  Good morning, Your Honor.  Ramzi Abadou for our lead plaintiff, and we are class counsel.  And I have with me Ms. Pratt and Mr. Fetter, associates at my firm who did a lot of the heavy lifting in this case.

  **MR. MUCK:**  Good morning, Your Honor.  Kevin Muck of Wilmer Hale for the defendants.

  **THE COURT:**  This is the motion for final approval of class action settlement and motion for attorney's fees.  I've read your papers.  I am inclined to grant the motions.  I had a question about the -- there are two objections out there.

  **MR. ABADOU:**  Yes.

  **THE COURT:**  Would you like to speak to them?

  **MR. ABADOU:**  So just an overwhelmingly positive reaction from the class.  We have two objections.  Neither objection concerns the fee, the service award, the plan of allocation, final approval.  One was by someone, we're not sure, who's a class member who objected to the release language in the notice.  I contacted her to see if she had any questions or wanted to discuss that objection.  I never heard back.  The

second objection was really to the Court's preliminary approval order notice program and not much more than that.  Again, I reached out to that objector, as well, to see if I could assist them with their claim, with understanding kind of the process; never heard back.  We think it's extraordinary that with as many claims and claim packages have gone out, we've only received two kind of ministerial objections by folks who, one who's not potentially a member of the class, and another one who lost about a hundred dollars.  We're pleased with that.

THE COURT:  Anything to add, Mr. Muck?

MR. MUCK:  No, Your Honor.

THE COURT:  All right.  Well, I think this is, then, fully covered in the briefing.  I plan to grant the motions, but I'm going to issue something.  So I'll take it under submission and get you an order shortly.  Thank you.

(Proceedings concluded at 10:36 a.m.)

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Friday, September 6, 2024

_____

Stephen W. Franklin, RMR, CRR, CPE
Official Reporter, U.S. District Court