**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Class Counsel and Counsel for Class Representative,*
*Diane Smith*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| MEYSAM MORADPOUR, et al., | ) | Case No. 3:21-CV-01486-SI |
|  | ) |  |
| Plaintiffs, | ) | **LEAD PLAINTIFF'S REPLY IN SUPPORT** |
|  | ) | **OF UNOPPOSED MOTION FOR** |
| v. | ) | **APPROVAL OF DISTRIBUTION OF THE** |
|  | ) | **NET SETTLEMENT FUND** |
| VELODYNE LIDAR, INC., et al., | ) |  |
|  | ) | Judge:       Hon. Susan Illston |
| Defendants. | ) | Date:        December 5, 2025 |
|  | ) | Time:        10:00 a.m. |
|  | ) | Courtroom:  1 – 17th Floor |

Lead Plaintiff and Class Representative Diane Smith ("Plaintiff") filed her Unopposed Motion for Approval of Distribution of the Net Settlement Fund (the "Motion") with the Court on October 21, 2025 (ECF No. 242). As stated therein, Defendants do not oppose, and no claimants dispute the Claims Administrator's determinations with respect to their claims.

Under Civil Local Rule 7-3(a), any opposition to the Motion was due on November 4, 2025, and none was filed. Accordingly, the Motion is fully briefed and ripe for disposition. For the reasons set forth in Plaintiff's papers, Plaintiff respectfully requests that the Court grant the Motion in its entirety. A [Proposed] Order was previously filed with the Court (ECF No. 242-7) and submitted via email pursuant to the District's Civil Local Rules.

DATED: November 10, 2025

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Class Counsel and Counsel for Class Representative, Diane Smith*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 10, 2025, I authorized the electronic filing of the foregoing Reply in Support of Plaintiff's Unopposed Motion for Approval of Distribution of the Net Settlement Fund with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Kim E. Miller*
Kim E. Miller

1

REPLY IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION OF THE NET SETTLEMENT FUND
Case No. 3:21-CV-01486-SI